OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 18, 2005

TO: Jeffrey Simms
    SBI #198625
    SCI

RE: *Return of Document due to Lack of Proof of Service on all Local Counsel of Record* - CA 04-941 SLR

Document Title: "Complaint"

Dear Mr. Simms:

    Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

    In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service. A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

    Please be advised that it is also unclear how you wish these papers to be treated. Please clarify your intentions for filing these papers in U.S. District Court and return for filing if necessary.

    Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/btg    CLERK

Enclosure
cc: The Honorable Sue L. Robinson; CA 04-941 SLR

UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

JEFFERY ALONZO SIMMS

    PLAINTIFF,

- AGAINST-

MAJOR R.L. HUGES

LT. COL. THOMAS F. MACLEISH

COL. L. AARON CHAFFINCH

JANE BRADY ATTORNEY GENERAL

    DEFENDANTS.

CASE NO: 04-941-slr

COMPLAINT

JURY TRIAL DEMANDED



PRELIMINARY STATEMENT

THIS IS A CIVIL ACTION FILED BY JEFFERY ALONZO SIMMS, A STATE PRISONER, FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C. SSS 1983, ALLEGING EXCESSIVE USE OF FORCE AND DENIAL OF MEDICAL CARE IN VIOLATION OF THE EIGHTH AMEND.

JURISDICTION

1. THE COURT HAS JURISDICTION OVER THE PLAINTIFFS" CLAIM CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. SS 1331-9-(A) AND 1343

2. THE COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFFS STATE LAW TORT CLAIMS UNDER 28 U.S.C. S 1367

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF---
WILMINGTON DELAWARE                              CASE NO. 04-941-slr

----------------------------------------------------------------

A.  ISSUE A DECLARATORY JUDGMENT STATING THET:

1.  THE PHYSICAL ABUSE OF THE PLAINTIFF BY DEFENDANTS

    MAJOR R.L. HUGHES, LT. COL. THOMAS F. MACLEISH, COL. L. AARON CHAFFIN
                                                    COL. L. AARON CHAFFIN

A CLEAR VIOLATION OF FEDERAL LAW, UNDER THE EIGHTH AMENDMENT OF THE
    UNITES CONSTITUTION

B.  AWARD COMPENSATORY

                                                  DATE 3-15-2005

        TO CLERK OF COURT
              MR. PETER DALLEO

RESPECTFULLY  SUBMITTED  MR. JEFFERY ALONZO SIMMS 198625
                            p.o. BOX 500
                         JEFFERY AO

SINCERLEY                          PLEASE FILE

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIC OF WILMINGTON
DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUMMARY JUDGMENT  EVIDENTIARY -HEARING
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A.
 1..
    UNDER THE GREAT SEAL OF THE STATE WITHIN CLEAR VIEW
OF THE PLAINTIFF, JEFFERY ALONZO SIMMS 198625, P.O. BOX 500
GEORGETOWN, DELAWARE 19947 IN HIS POSSESSION RECORDS
THE BEST - EVIDENCE FOR WHICH IT IS CONTAIN, THAT THE
DEFENDANTS MAJOR R.L. HUGHES, LT. COL. THOMAS F. MACLEISH,
 COL. L. AARON CHAFFINCH, VIOLATION OF FEDERAL LAW,
UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION
I THE PLAINTIFF THE MR. JEFFERY ALONZO SIMMS 198625 HEREBY DEMAND
A HEARING AND FORWARDNESS IN THIS CASE UNDER FEDERAL LAW OF THE
 IN WHICH IM DETAIN I HEREBY DEMAND THE COURT TO BRING THE SAID PARTIES
TO COURT  HEARING IN THE U.S. DISTRICT COURT  WILMINGTON, DELAWARE


LET THE RECORDS REFLECT IT SELF


PLEASE FILE                              CASE NO. 04-941-SLR


TO: CLERK OF COURT MR. PETER DALLEO
FEDERAL JUDGE OF THE COURT                date 3-15-2005

MR. JEFFERY ALONZO SIMMS 198625

SINCERLEY