IN THE UNITED STATES DISTRICT COURT EASTERN DISTRIC OF WILMINGTON
DELAWARE
*********************************************************************
AFFIDAVIT OF INCREASE
SUMMARY JUDGMENT  EVIDENTIARY -HEARING
*************************************************

A.
1..
UNDER THE GREAT SEAL OF THE STATE WITHIN CLEAR VIEW
OF THE PLAINTIFF, JEFFERY ALONZO SIMMS 198625, P.O. BOX500
GEORGETOWN, DELAWARE 19947 IN HIS POSSESSION RECORDS
THE BEST - EVIDENCE FOR WHICH IT IS CONTAIN, THAT THE
DEFENDANTS MAJOR R.L. HUGHES, LT. COL. THOMAS F. MACLEISH,
COL. L. AARON CHAFFINCH, VIOLATION OF FEDERAL LAW,
UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION
I THE PLAINTIFF THE MR. JEFFERY ALONZO SIMMS 198625 HEREBY DEMAND
A HEARING AND FORWARDNESS IN THIS CASE UNDER FEDERAL LAW OF THE
IN WHICH IM DETAIN I HEREBY DEMAND THE COURT TO BRING THE SAID PARTIES
TO COURT HEARING IN THE U.S. DISTRICT COURT WILMINGTON ,DELAWARE

LET THE RECORDS REFLECT IT SELF
500.0000.0000.000000000000∞

FIVE HUNDRED THOUSANDSDOOLARS
PLEASE FILE                                    CASE NO. 04-941-SLR

TO: CLERK OF COURT MR. PETER DALLEO
FEDERAL JUDGE OF THE COURT                     date 3-15-2005

MR. JEFFERY ALONZO SIMMS 198625

SINCERELY



FILED
MAR 28 2005

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF---

WILMINGTON DELAWARE                                        CASE NO. 04-941-slr

-------------------------------------------------------------

A.  ISSUE A DECLARATORY JUDGMENT STATING THET:

1.  THE PHYSICAL ABUSE OF THE PLAINTIFF BY DEFENDANTS

   MAJOR R.L. HUGHES, LT. COL. THOMAS F. MACLEISH, COL. L. AARON CHAFFIN
                                                   COL. L. AARON CHAFFIN

A CLEAR VIOLATION OF FEDERAL LAW, UNDER THE EIGHTH AMENDMENT OF THE
    UNITES CONSTITUTION

B. AWARD COMPENSATORY

                                                       DATE 3-15-2005

TO CLERK OF COURT
        MR. PETER DALLEO

RESPECTFULLY   SUBMITTED   MR. JEFFERY ALONZO SIMMS 198625
                            p.o. BOX 500
                            JEFFREY AO

SINCERELY                   PLEASE FILE

UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

---

JEFFERY ALONZO SIMMS

PLAINTIFF,

- AGAINST-

MAJOR R.L. HUGES
LT. COL. THOMAS F. MACLEISH
COL. L. AARON CHAFFINCH

JANE BRADY ATTORNEY GENERAL

DEFENDANTS.

CASE NO: 04-941- slr

MOTION FOR EVIDENTIARY HEARING

JURY TRIAL DEMANDED


FILED
MAR 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

PRELIMINARY STATEMENT   MOTION FOR HEARING

THIS IS A CIVIL ACTION FILED BY JEFFERY ALONZO SIMMS, A STATE PRISONER, FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C. SSS 1983, ALLEGING EXCESSIVE USE OF FORCE AND DENIAL OF MEDICAL CARE IN VIOLATION OF THE EIGHTH AMEND.

JURISDICTION

1. THE COURT HAS JURISDICTION OVER THE PLAINTIFFS" CLAIM CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. SS 1331-9-(A) AND 1343

2. THE COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFFS STATE LAW TORT CLAIMS UNDER 28 U.S.C. S 1367

1. title for Documents
   — motion for evidentiary Hearing

2. need copy of original and one send to U.S. court
   and a Certificate of service

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00941-SLR
#### Internal Use Only

Simms v. Hughes, et al
Assigned to: Honorable Sue L. Robinson
Demand: $500000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/13/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Jeffery Alonzo Simms**       represented by **Jeffery Alonzo Simms**
Jeffery Alonzo Simms, Pro se
P.O. Box 514
Hurlock, MD 21643
(410) 754-7760
PRO SE

V.

**Defendant**

**Major R. L. Hughes**       represented by **Ralph K. Durstein, III**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Email: ralph.durstein@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt Col Thomas F. Macleish**       represented by **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Col. Aaron Chaffinch**       represented by **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2004 | 1 | MOTION by Jeffrey Alonzo Simms to Proceed in Forma Pauperis (dab) (Entered: 08/16/2004) |

```
IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE
***************************************************************
                                                    CASE  NO.04-941-slr
MR.JEFFERY ALONZO SIMMS                  *
                                         *
     PLAINTIFF,                          *
                                         *
                                         *
        VS.                              *
                                         *
                                         *
DEFENDANTS,                              *
                                         *
MAJOR R.L. HUGES,                        *
LT. COL. THOMAS F. MACLEISH              *
COL. L. CHAFFINCH                          AFFIDAVIT
     ******************************************
```

1. HERE , JEFFERY ALONZO SIMMS HAVE THE FACTS AND THE TRUE CERTIFICATE OF SERVICE HERE WITH,

   ON AND ABOUT 7-21-20002 the a ABOVE DEFENDANTS DID VIOLATE FEDERAL LAW
       WITH HOLDING   MEDICAL TREATMENT BEFOR AND AFTER
   THE DEFENDANTS VIOLATED THE THE 4 AMENDMENT AND 8 AMENDMENT

       THE RECORDS WILL   CLEARLEY REFLECT WHAT,
AND HERE WITH AND THAT IM DETAIN I MR.JEFFERY ALONZO SIMMS,
P.O.  BOX  500  S.C.I. GEORGETOWN DELAWARE 19947
HERE BY DEMAND THAT THE CLERK OF THE COURT FILE THIS AFFIDAVIT
 SO THAT THE RECORDS WILL REFLECT IT SELF IM THE MATTER
 HERE   WITH

         SINCERLEY,
     MR.  JEFFERY ALONZO SIMMS'          PLEASE FILE

     *[signature: Jeffery Simms]*          DATE 3-23-2005

# CERTIFICATE OF SERVICE

I, __Jeffery Simms__, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the __23__ day of __march__, __2005__

✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

✱✱ Circle the Department of Justice you are serving ✱✱

| Deputy Attorney General | Deputy Attorney General | Deputy Attorney General |
| --- | --- | --- |
| Department of Justice | Department of Justice | Department of Justice |
| 820 North French Street | 102 West Water Street | 114 East Market Street |
| Wilmington, DE 19801 | Dover, DE 19901 | Georgetown, DE 19947 |

__3-23-2005__
Date Signed

__[signature]__
Signature of Movant (Notarization not required)