# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-941-SLR |
| | ) |
| MAJOR R.L. HUGHES, | ) |
| LT. COL. THOMAS F. MACLEISH, | ) |
| and COL. L. AARON CHAFFINCH, | ) |
| | ) |
| Defendants. | ) |

## ANSWER

The defendants Hughes, MacLeish, and Chaffinch respond as follows to the allegations set forth in the plaintiff's complaint form [¶IV. Statement of Claim].

1. The alleged assault is denied. None of the three defendants had any contact whatsoever with the plaintiff on the date in question.

## AFFIRMATIVE DEFENSES

2. The Complaint fails to state a claim upon which relief can be granted.

3. Plaintiff's cause of action is barred by the applicable statute of limitations.

Wherefore, the defendants ask that the Complaint be dismissed, with prejudice, and all costs assessed to the plaintiff.

 

_____
/s/ Ralph K. Durstein III (ID# 912)
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
Dated: March 29, 2005    (302)577-8510
Ralph.Durstein@state.de.us

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2005, I electronically filed Initial Disclosures pursuant to Rule 26 with the Clerk of the Court using CM/ECF, and, on April 6, 2005, have sent a copy of such filing by first class mail to the following:

    Mr. Jeffrey Alonzo Simms
    Post Office Box 500
    Sussex Correctional Institution
    Georgetown, DE 19947

                                           /s/ Ralph K. Durstein III
                                           Department of Justice
                                           State of Delaware
                                           820 N. French Street
                                           Wilmington, DE 19801
                                           (302) 577-8510
                                           ralph.durstein@state.de.us