OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 5, 2005

TO:   Jeffery Simms
      SBI #198625
      SCI

RE:   **Return of Document due to Lack of Proof of Service on all Local Counsel of Record** - CA 04-941 SLR

      Document Title: "Speaking Motion" Received 4/4/05

Dear Mr. Simms:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/btg                                    CLERK

Enclosure

cc: The Honorable Sue L. Robinson; CA 04-941 SLR

```
MR.JEFFERY ALONZO SIMMS #198625           *      CASE  NO: 04-941-SLR
SUSSEX CORRECTIONAL INSTUTITION           *
        P.O. BOX 500                      *
   GEORGETOWN DELAWARE  19947             *
   (  PLAINTIFF  )                        *
                                          *
              VS.                         *
                                          *
                                          *
      ( DEFENDANTS  )                     *
                                          *
   MAJOR R.L. HUGHES ;                    *
  LT. COL. THOMAS  F. MACLEISH;           *
  COL.  L.  AARON  CHAFFINCH              *
  JANE  BRADY ATTORNEY GENERAL DEL.       *
                                          *
  STATE    POLICE     DELAWARE            *
       1441   N.   DUPONT HWY             *
  DOVER  DELAWARE    19901                *
```



1.A                    SPEAKING   MOTION

HERE  COMES  THE PLAINTIFF MR.JEFFERY ALONZO SIMMS   A   PRO   SE ,
IN ABOVE CASE REQUEST THE HONORABLE JUDGES SUE ROBINSON,
    GRANT THE  PLAINTIFF A SPEAKING MOTION IN THE ABOVE CASE NUMBER

CASE NO: 04-941-SLR

TO: MR. PETER T. DALLEO  CLERK OF THE U.S. DISTRICT COURT

THANK YOU

REQUEST:   SPEAKING   MOTION

SINCERLEY

_____

JEFFERY ALONZO SIMMS #198625
SUSSEX CORRECTIONAL INSTUTITION
P.O. BOX 500
GEORGETOWN  DELAWARE  19947

I/M: Jeffery Simms  BLDG: Medium B-26
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

"S.M.S."
X-RAY

Mr. Peter T. Dalleo
office of the Clerk
United States District Court
Lock Box 18 & 44 King Street
United State Court House
Wilmington Delaware
19801-3570

US POSTAGE $00.370
APR 01 05
PB 2250370
19947