```
IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE
***************************************************************
```

MR. JEFFERY ALONZO SIMMS #198625
SUSSEX CORRECTIONAL INSTUTITION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

(PLAINTIFF)

VS

(DEFENDANTS)

LT. COL. THOMAS
MAJOR R.L. HUGHES,      F. MACLEISH
. COL. AARON CHAFFINCH

STATE POLICE DELAWARE
1441 n. DUPONT HWY
DOVER DELWARE 19901

MS. JANE BRADY   ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 n. FRENCH STREET
WILMINGTON delaware, 19801

CASE NO: 04-941-slr

DATE 4-4-05

PLEASE FILE

CIVIL ACTION:

FILED
APR 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
********************* *SPEAKING MOTION* *********************
```

1.a   MR. JEFFERY ALONZO SIMMS #198625 COMES TO THE COURT FOR SPEAKING MOTION

TO. THE HONORABLE JUDGE SUE ROBINSON, AND TO THE CLERK OF THE COURT
FOR THE SAID REASON IN FOLLOWING MATTER WHICH IS NOT EXPRESS
BECAUSE OF CIRCUMSTANCE HERE AT THE INSTUTITION IN THE ABOVE CAPTION
PLEASE GRANT THE PLAINTIFF JEFFERYN ALONZO SIMMS 3 #198625 THIS
SPEAKING MOTION

*[signature]*

JEFFERY ALONZO SIMMS 198625
SUSSEX CORRECTIONAL INSTUTITION
P.O. BOX 500
GEORGETOWN DELAWARE 19987

SINCERLEY

In the united States
for Wilmington Delaware

Case Number:
C04-941-SLR
4-5-05

MR. Jeffery Alonzo Simms #192625

Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

( plaintiff )

FILED
APR 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: MR. peter T. Dalleo Clerk of the
Honrable Judge,   Unite States court
Sue Robinson     Lock Box 18
                844 King Street
302-573-6170    Wilmington Delaware
                19801

( matter of Speaking motion )

Dear Mr. peter Dalleo

please be advised I'm not
recieving Case(04-1205-SLR) from
your court please respond in
the matter,
               also please respond
in the above caption case

the above parties have
recieved copies, (Defendants)

I awaiter your responds

Sincerly Jeffery Simms
                    #192625
(Case,
Number:04-941-SLR)

I/M: Peter Simms #198625
BLDG: Meechum B-26
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

@ MR. Peter T. Dalleo Clerk of Court
United States District Court
844 N. King Street Lock Box 18
Judge- Thomas L. Ambro Federal Building
Wilmington Delaware
19801-3570