OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 11, 2005

TO:  Jeffery Simms
     SBI #198625
     SCI

RE:  **Return of Document due to Lack of Proof of Service on all Local Counsel of Record** - CA 04-941 SLR

Document Title: Notice and Motion

Dear Mr. Simms:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
CLERK

/jp

Enclosure

cc: The Honorable Sue L. Robinson; CA 04-941 SLR