IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

```
*************************************************************

MR.JEFFERY ALONZO SIMMS##98625,198625      *   CASE ,NUMBER:04-941-slr
SUSSEX   CORRECTIONAL INSTUTITION          *   DATE 4-6-05
      P.O. BOX  500                        *   PLEASE FILE  ORIGINAL
 GEORGETOWN,  DELAWARE       19947         *
                                           *
     ( PLAINTIFF)                          *
                                           *
                                           *
                                           *
           VS.                             *
     ( DEFENDANTS )                        *
MAJOR R.L. HUGHES                          *
LT. COL. THOMAS F. MACLEISH                *
COL. L. AARON CHAFFINCH                    *
                                           *
DELAWARE   STATE  POLICE                   *
  1441  n.   DUPONT   HWY                  *
DOVER   DELAWARE    19901                  *
                                           *          SPEAKING   MOTION
                                           *
     JANE   BRADY  ATTORNEY GENERAL        *
   STATE  OF  DELAWARE 820  n.             *
   FRENCH   STREET WILMINGTON,DELAWARE 19801 *
                                               SUBSTANTIVE EVIDENCE
*************************************************************
```



1.a   HERE    COMES   MR. JEFFERY ALONZO SIMMS #198625, TO YOUR COURT
THE   HONORABLE SUE ROBINSON IN THE UNITED STATE DISTRICT COURT WILMINGTON DEL.:

2.b  PLEASE BE ADVISED HERE I HAVE REASON TO BELIEVE THAT IT IS CONCLUSIVE
 IN THE ABOVE CAPTION CASE AND THAT AND THE PLAINTIFF SHOULD APPEAR IN YOUR
 COURT IN LIGHT OF THE  CIRCUMSTANCE HERE AT THE INSTUTTION WITH_IN
 15,DAYS OF  OF THIS  MOTION TO APPEAR AND SPEACKING  MOTION PRE-SEND

             I AWAITE YOUR   REPONDS   IN THIS CASE RESPECTFULLY  SUBMITTED

                                   JEFFERY ALONZO SIMMS #198625
                                   SINCERLEY

192625

er y Simms BLDG: MEdium B-26
RREOTIONAL INSTITUTION
500
N, DELAWARE 19947

1565 U.S. POSTAGE PB2230370
$00.37 APR 08 05
FROM ZIP CODE 19947

MR. peter T. Dalleo clerk of court
United States District Court
844 N. King Street Lock BOX 18
Judge Thomas L. ?R?ero Building Federal
Wilmington Delaware
19801-3570