IN THE UNITED STATES DISTRICT COURT WILMINGTON DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR.JEFFERY ALONZO SIMMS #193625

SUSSEX CORRECTIONAL INSTUTITION
P.O. BOX 500
GEORGETOWN DELAWARE  19947
( PLAINTIFF )


VS.


( DEFENDANTS )

MAJOR R.L. HUGHES ;
LT. COL. THOMAS  F. MACLEISH;
COL. L. AARON CHAFFINCH

JANE  BRADY ATTORNEY GENERAL DEL.

STATE  POLICE  DELAWARE
1441  N.  DUPONT HWY
DOVER  DELAWARE  19901

CASE  NO: 04-941-SLR

ORIGINAL



FILED

APR 14 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\* (vertical column of asterisks) \*\*\*\*\*\*\*\*\*

1.A          SPEAKING  MOTION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HERE  COMES  THE PLAINTIFF MR.JEFFERY ALONZO SIMMS  A  PRO  SE ,
IN ABOVE CASE REQUEST THE HONORABLE JUDGES SUE ROBINSON,
GRANT THE  PLAINTIFF A SPEAKING MOTION IN THE ABOVE CASE NUMBER


2 . b. CERTIFICATE  SERVICE


3. c.  THE PLAINTIFF AFFIDAVIT

***********************************************************

/s/ RALPH K. DURSTEIN 3 #i.d. 912
DEPUTY ATTORNEY GENERAL          CASE NO: 04-941-SLR
820. n. FRENCH STREET
WILMINGTON   DELAWARE 19801
( 302) 577-8510


TO: MR. PETER T. DALLEO   CLERK OF THE U.S. DISTRICT COURT

THANK   YOU



REQUEST:   SPEAKING   MOTION


SINCERLEY


JEFFERY ALONZO SIMMS #198625
SUSSEX CORRECTIONAL INSTUTITION
P.O. BOX 500
GEORGETOWN   DELAWARE ) 19947

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE OF

CASE NO.,

JEFFERY ALONZO SIMMS 198625                    04-941-SLR

PLAINTIFF

*
*
*
*
*
*
*
V.                                          *
*
*
*
*
*
*
MAJOR R.L. HUGHES:                           *
LT. COL. THOMAS F. MACLEISH,                 *
AND COL. L. ARRON CHAFFINCH,                 *
*
DEFENDANTS                           *
*
*                   AFFIDAVIT
*
*
*
*

*****************************************

1.a. A MR. JEFFERY ALONZO SIMMS A PRO SE , IN THE ABOVE COURT
THE PLAINTIFF INDICATED AS FOLLOWS,


              2.b. SPEAKINGM MOTIN BR BE GRANTED SO THAT THE
PLAINTIFF CAN COME FORTH WITHIN 15 days  OF THE FILED DATE APRIL 4  2005
   with records THAT WILL SHOW BEYOND A SHALLDOW OF DOUBT

        #3.c. AS INDICATED ON DOCKET TEX
FILED DATE 8-13-2004  FOR CLAIM  OF
RELIEF  AND  INCREASE AFFIDAVIT FILED  3-18-2005
 FOR CLAIMS  FIVE HUNDRED THOUSAND  500.000.000.00



    4.d.  ASINDICATED AND FURTHERMORE:HERE WITH A CERTIFICATE OF SERVICE
 AND CIVIL DOCKET FOR CASE#
          1;04-cv-00 941-slr



          WITH ALL PARTIES ADDRESS  AND RECIEVED SERVICE

In the United States District Court
for the District of Delaware

Jeffery Alonzo Simms, #198625
    plaintiff

v.

Major R.L. Hughes
Lt. Col. Thomas F. MacLeish,
and Col. L. Arron Chaffinch,
    Defendants.

}
}
}
}
}
}
}
}
}

Case No. 04-941-SLR

## AFFIDAVIT

1. A. Jeffery Alonzo Simms a pro se, in the above Court the plaintiff indicated as follows

2. B. speaking motion Be Granted So that the plaintiff can come forth within 15 days with records that will Show beyond a Show Shalldow of a Doubt

of the filed Date April 4, 2005

In the United States District Court
for the District of Delaware

}

AFFidAViT

3. C. as Indicated on Docket text
filed Date 8-13-2004 for Claim of
relief and increase affidavit filed 3-18-2005
for claim 500.000.000.00 five Hundred thousand

4. D. as Indicated and furthermore
Here with a Certificate of Service
and Civil Docket for case#.
1:04-CV 00941-SLR
with all parties and address and recieved
Service

In the unite States District court
for the District of Delaware

Case No 04-941-SLR

AFFIDAVIT

5. E. As Indicated motion for
Evidentiary Hearing 3-28-05
Speaking motion will reflect beyond
a Doubt and the plaintiff records

6. F. as Indicated petition for emergency treatment
( Hearing) While in prison filed Date 9-10-2004

7. G. financial affidavit filed 9-17-2004

Jeffery alonz Simms 198625

IM: JEFFREY Akens Simms BLDG. Medium B-26
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk Peter T Dalleo
United State District Court
Lock Box 18 844 King Street
Wilmington Delaware
19801

U.S.M.S
X-RAY