

UNITED   STATES  DISTRICT    COURT

DISTRICT  OF  DELAWARE

CERTIFICATE  OF  SERVICE

I HEREBY  CERTIFY THAT ON APRIL 4 2005
I SENT THREW UNITE  STATES POSTAL  SERVICE  SENT AND FILED  INITIAL DISCL
DISCLOSURES  PURSUANT TO RULE 26 WITH THE CLERK OF THE COURT USING
FEDERAL POSTAL SERVICE AND ON APRIL 12 2005 HAVE SENT A COPY OF SUCH
FILING BY  FIRST CLASS MAIL TO THE FOLLOWING:

/s/ RALPH K. DURSTEIN3

DEPARTMENT OF JUSTICE
STATE  OF  DELAWARE
820 n. FRENCH  STREET
WILMINGTON  DELAWARE  19801

MR. JEFFERY ALONZO SIMMS #198625
POST OFFICE BOX 500
SUSSEX CORRECTIONAL INSTITUTION
GEORGETOWN DELAWARE 19947

United States District Court
District of Delaware

Certificate of Service

I Hereby Certify that on april (4) 2005 I sent threw Unite States postal Service sent and filed Initial Disclosures pursuant to Rule 26 with the clerk of the Court using federal postal Service and on april ( ) 2005 Have sent a copy of Such filing by first class mail to the following:

/s/ Ralph K. Durstein III
Department of Justice
State of Delaware
820 N. French Street
Wilmington, Delaware 19801
1(302) 577-8510

Mr. Jeffery Alonzo Simms
Post office Box 500
Sussex Correctional Institution
Georgetown, De 19947

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-941-SLR |
| ) | |
| MAJOR R.L. HUGHES, ) | |
| LT. COL. THOMAS F. MACLEISH, ) | |
| and COL. L. AARON CHAFFINCH, ) | |
| ) | |
| Defendants. ) | |

## ANSWER

The defendants Hughes, MacLeish, and Chaffinch respond as follows to the allegations set forth in the plaintiff's complaint form [¶IV. Statement of Claim].

1. The alleged assault is denied. None of the three defendants had any contact whatsoever with the plaintiff on the date in question.

## AFFIRMATIVE DEFENSES

2. The Complaint fails to state a claim upon which relief can be granted.

3. Plaintiff's cause of action is barred by the applicable statute of limitations.

Wherefore, the defendants ask that the Complaint be dismissed, with prejudice, and all costs assessed to the plaintiff.

Dated: March 29, 2005

/s/ Ralph K. Durstein III (ID# 912)
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302)577-8510
Ralph.Durstein@state.de.us

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2005, I electronically filed Initial Disclosures pursuant to Rule 26 with the Clerk of the Court using CM/ECF, and, on April 6, 2005, have sent a copy of such filing by first class mail to the following:

Mr. Jeffrey Alonzo Simms
Post Office Box 500
Sussex Correctional Institution
Georgetown, DE 19947

/s/ Ralph K. Durstein III
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302) 577-8510
ralph.durstein@state.de.us

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00941-SLR
### Internal Use Only

Simms v. Hughes, et al
Assigned to: Honorable Sue L. Robinson
Demand: $500000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/13/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

*pro se )*

**Plaintiff**

**Jeffery Alonzo Simms**  represented by  **Jeffery Alonzo Simms**
Jeffery Alonzo Simms, Pro se
P.O. Box 514
Hurlock, MD 21643
(410) 754-7760
PRO SE

V.

*Defendant attorney*

**Defendant**

**Major R. L. Hughes**  represented by  **Ralph K. Durstein, III**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Email: ralph.durstein@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt Col Thomas F. Macleish**  represented by  **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Col. Aaron Chaffinch**  represented by  **Ralph K. Durstein, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2004 | 1 | MOTION by Jeffrey Alonzo Simms to Proceed in Forma Pauperis (dab) (Entered: 08/16/2004) |

| 08/13/2004 | 2 | COMPLAINT filed. (dab) (Entered: 08/16/2004) |
|---|---|---|
| 08/25/2004 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 08/25/2004) |
| 08/30/2004 | 4 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee and requesting pltf to submit a certified copy of his trust fund account statement. Failure to submit items w/in 30 days will result in dismissal w/out prejudice. Set Notice of Compliance deadline to 9/29/04 for Jeffrey Alonzo Simms ( signed by Judge Sue L. Robinson ) copies to Pltf w/Mag. Consent Form (fmt) (Entered: 08/31/2004) |
| 08/30/2004 | | FILING FEE $ 150.00 assessed. (fmt) (Entered: 08/31/2004) |
| 09/10/2004 | 5 | MOTION by Jeffery Alonzo Simms For Emergency Treatment While in Prison (fmt) (Entered: 09/13/2004) |
| 09/10/2004 | 6 | Note to Judge Robinson from J. Simms re certified statements of trust fund (not enclosed) (fmt) Modified on 09/14/2004 (Entered: 09/13/2004) |
| 09/13/2004 | 7 | Letter to Clerk from J. Simms re filing fee order (financial stmt not enclosed) (fmt) Modified on 09/14/2004 (Entered: 09/14/2004) |
| 09/13/2004 | 8 | Petition by Jeffery Alonzo Simms for Emergency Hearing re: [8-1] motion (fmt) (Entered: 09/14/2004) |
| 09/17/2004 | 9 | FINANCIAL AFFIDAVIT by Jeffery Alonzo Simms; account statement for the 6 month period of March 2004 through 8/31/04 (fmt) (Entered: 09/21/2004) |
| 09/21/2004 | 10 | ORDER denying without prejudice to renew [8-1] motion for Emergency Hearing, denying [5-1] motion For Emergency Treatment While in Prison ( signed by Judge Sue L. Robinson ) copies to: all parties (rld) (Entered: 09/21/2004) |
| 10/04/2004 | | **Terminated deadlines (rld) (Entered: 10/04/2004) |
| 10/26/2004 | 11 | ORDER Pltf has no assets to pay initial filing fee and any money pltf later receives will be collected in manner described in order. Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 11/26/04 for Jeffery Alonzo Simms ( signed by Judge Sue L. Robinson ) copy to: Pltf (fmt) (Entered: 10/28/2004) |
| 11/05/2004 | 12 | Authorization by Jeffery Alonzo Simms requesting prison business office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (fmt) (Entered: 11/08/2004) |
| 12/07/2004 | | **Terminated deadlines (rld) (Entered: 12/07/2004) |
| 12/27/2004 | 13 | ORDER; pltf. shall complete and return to the Clerk of the Court an original "U.S. Marshal-285" form for each defendant, as well as the Attorney General of the State of DE; pltf. shall provide the Court with 3 |

| | | |
|---|---|---|
| | | additional copies of the complaint for service upon defts; failure to provide forms within 120 days of this order may result in the complaint being dismissed or defts being dismissed; upon receipt of the forms, the United States Marshal shall serve the complaint ( signed by Judge Sue L. Robinson ) copies to: pltf. (fmt) (Entered: 01/03/2005) |
| 01/06/2005 | 14 | NOTICE of New Mailing Address by Jeffery Alonzo Simms; release date is 1/20/05 (fmt) (Entered: 01/07/2005) |
| 01/13/2005 | 15 | Letter to J. Simms from Clerk re U.S. Marshal 285 forms; office has received all required U.S. Marshal 285 forms; complaint will be forwarded to the U.S. Marshal for service in accordance with the Court's Orders (fmt) (Entered: 01/13/2005) |
| 01/13/2005 | | Exit to USMS for service: USM 285 forms for AG and Defts with copies of D.I. #s 2,4,5,8,10,11,13,14 and Mag. consent forms (fmt) (Entered: 01/13/2005) |
| 01/13/2005 | 16 | NOTICE of New Mail Address by Jeffery Alonzo Simms; release on 1/20/05 (fmt) (Entered: 01/18/2005) |
| 02/02/2005 | 17 | RETURN OF SERVICE executed 1/28/05 as to M. Jane Brady (fmt) (Entered: 02/02/2005) |
| 02/04/2005 | 18 | NOTICE of attorney appearance for R. L. Hughes, Thomas F. Macleish, Aaron Chaffinch by Ralph K. Durstein III (rld) (Entered: 02/07/2005) |
| 02/10/2005 | 19 | WAIVER OF SERVICE Returned Executed as to Aaron Chaffinch 1/26/05 Answer due on 3/28/05 for Aaron Chaffinch (fmt) (Entered: 02/10/2005) |
| 02/10/2005 | 20 | WAIVER OF SERVICE Returned Executed as to R. L. Hughes 1/26/05 Answer due on 3/28/05 for R. L. Hughes (fmt) (Entered: 02/10/2005) |
| 02/10/2005 | 21 | WAIVER OF SERVICE Returned Executed as to Thomas F. Macleish 1/26/05 Answer due on 3/28/05 for Thomas F. Macleish (fmt) (Entered: 02/10/2005) |
| 03/18/2005 | 22 | Rejection Letter by the Court issued to J. Simms Regarding Return of Document Due to Lack of Proof of Service on All Local Counsel of Record; Document Title "Complaint"; please be advised that it is unclear how you wish these papers to be treated; papers need to be served upon all local cnsl of record (fmt, ) (Entered: 03/18/2005) |
| 03/28/2005 | 23 | MOTION For Evidentiary Hearing - filed by Jeffery Alonzo Simms. (fmt, ) (Entered: 03/29/2005) |
| 03/29/2005 | 24 | ANSWER to Complaint by R. L. Hughes, Thomas F. Macleish, Aaron Chaffinch.(Durstein, Ralph) (Entered: 03/29/2005) |