OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 19, 2005

TO: Jeffery Alonzo Simms
    SBI #198625
    SCI

   RE:   **Discovery Material**

Dear Mr. Simms:

   A "Certificate of Service" concerning initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure was received by the Court on April 14, 2005 and docketed as Item #30. Please be advised, pursuant to Local Rule 5.4, all discovery material must be filed with the Court in civil actions where a pro se party is either the plaintiff or defendant in the case. A copy of the Local Rule is enclosed. Please submit to the Court a copy of the Initial disclosures served on defense counsel as noted in your Certificate of Service.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/btg                          PETER T. DALLEO
                              CLERK

cc: The Honorable Sue L. Robinson; CA 04-941 SLR

04-941-SLR

COPY

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

APR 1 4 2005

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON APRIL 4 2005
I SENT THREW UNITE STATES POSTAL SERVICE SENT AND FILED INITIAL DISC DISCLOSURES PURSUANT TO RULE 26 WITH THE CLERK OF THE COURT USING FEDERAL POSTAL SERVICE AND ON APRIL 12 2005 HAVE SENT A COPY OF SUCH FILING BY FIRST CLASS MAIL TO THE FOLLOWING:

/s/ RALPH K. DURSTEIN3

DEPARTMENT OF JUSTICE
STATE OF DELAWARE
820 n. FRENCH STREET
WILMINGTON DELAWARE 19801

MR. JEFFERY ALONZO SIMMS #198625
POST OFFICE BOX 500
SUSSEX CORRECTIONAL INSTITUTION
, GEORGETOWN DELAWARE 19947

RULE 5.4.    Discovery Materials Not Filed Unless Ordered or Needed.

(a) **Service Without Filing.** Except in cases involving pro se parties, all requests for discovery under Fed. R. Civ. P. 31, 33 through 36, and 45, and answers and responses thereto, and all required disclosures under Fed. R. Civ. P. 26(a), shall be served upon other counsel or parties but shall not be filed with the Court. In lieu thereof, the party requesting discovery and the party serving responses thereto shall file with the Court a "Notice of Service" containing the following:

 (1) a certification that a particular form of discovery or response was served on other counsel or opposing parties, and

 (2) the date and manner of service. Filing the notice of taking of oral depositions required by Fed. R. Civ. P. 30(b)(1), and filing of proof of service under Fed. R. Civ. P. 45(b)(3) in connection with subpoenas, will satisfy the requirement of filing a "Notice of Service." In cases involving pro se parties, all requests for discovery under Fed. R. Civ. P. 31, 33 through 36, and 45, and answers and responses thereto, shall be served upon other counsel or parties and filed with the Court.

(b) **Retention of Originals.** The party responsible for service of the request for discovery and the party responsible for the response shall retain the originals and become the custodian of them. The party taking an oral deposition shall be custodian of the original; no copy shall be filed except pursuant to subparagraph (c). In cases involving out-of-state counsel, local counsel shall be the custodian.

(c) **Filing Where Necessary.** If depositions, interrogatories, requests for documents, requests for admissions, answers or responses are to be used at trial or are necessary to a pretrial or post trial motion, the verbatim portions thereof considered pertinent by the parties shall be filed with the Court when relied upon.

(d) **Appeals.** When discovery not previously filed with the Court is needed for appeal purposes, the Court, on its own motion, on motion by any party or by stipulation of counsel, shall order the necessary material delivered by the custodian to the Court.

(e) **Orders to File the Original.** The Court on its own motion, on motion by any party or on application by a non-party, may order the custodian to file the original of any discovery document.

(f) **Notice of Filing.** When discovery materials are to be filed with the Court other than during trial, the filing party shall file the material together with a notice (1) stating, in no more than one page, the reason for filing and (2) setting forth an itemized list of the material.

*Source: Former Delaware Local Rule 4.1.E. with revisions, including revisions to conform to the 1993 Amendments to Fed. R. Civ. P. 26(a).*