IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS,            )<br>                                  )<br>        Plaintiff,               )<br>                                  )<br>    v.                            )   Civ. No. 04-941-SLR<br>                                  )<br>MAJOR R.L. HUGHES, LT. COL.       )<br>THOMAS F. MACLEISH, and COL.      )<br>L. AARON CHAFFINCH,               )<br>                                  )<br>        Defendants.               )| |

O R D E R

At Wilmington this 22d day of April, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **August 22, 2005.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 22, 2005.** Answering briefs and affidavits, if any, shall be filed on

or before **October 24, 2005.** Reply briefs shall be filed on or before **November 7, 2005.**

   IT IS FURTHER ORDERED that plaintiff's motions for an evidentiary hearing (D.I. 23, 26, 28, and 29) are denied without prejudice to renew.

               /s/ Sue L. Robinson
              United States District Judge