IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
JEFFERY ALONZO SIMMS #198625              *
    POST OFFICE BOX 500                   *        CASE NO. 04-941-slr
SUSSEX CORRECTIONAL INSTITUTION           *
GEORGETOWN, DELAWARE 19947                *
    PLAINTIFF                             *
                                          *
    V.                                    *
                                          *
    DEFENDANTS                            *
MAJOR R.L. HUGHES:                        *
LT. COL. THOMAS F. MACLEISH,              *
COL. L. AARON CHAFFINCH                   *
 /s/ RALPH K. DURSTEIN 3                  *
    DEPARTMENT OF JUSTICE                 *
STATE OF DELAWARE                         *
820 n. FRENCH STREET                      *
WILMINGTON DELAWARE 19801                 *
                                          *
```



AFFIRMATIVE DISCOVERY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

1a. I HEREBY UNDER PENALTY OF PERJURY OF LAW THAT THE FOREGOING IS TRUE THE PLAINTIFF A PRO SE, COMES TO YOUR COURT TO THE HONORABLE JUDGE; SUE L. ROBINSON:

2b. ON 7-18-2005 THREW AND UNTIL 7-22-2005 MAJOR R.L. HUGHES; LT. COL. THOMAS F. MACLEISH COL. L. AARON CHAFFINCH DID PARTICIPATE IN THE INJURY AND THE DENIAL OF MEDICAL TREATMENT OF THE PLIANTIFF :

3c. WITNESS SHRIFF OF DORCHESTER C.H. COUNTY MARYLAND 21612 (SHERIFF MR. PHILLIP MC KELVEY RESIDENT VEIANNA MARYLAND)

JEFFERY ALONZO SIMMS 198625
P.O. BOX 500
SUSSEX CORRECTIONAL INSTITUTION
GEORGETOWN, DELAWARE 19947

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON APRIL 26 2005
I SENT THREW UNITED STATES POSTAL SERVICE
SENT AND FILED PRE-TRIAL MOTIN PRUR PRU PURSUANT TO
RULE 26 WITH THE CLERK OF THE COURT USEING
FEDERAL POSTAL SERVICE AND ON APRIL 26 -2005
HAVE SENT A COPYS OF SUCH FILING BY FIRST CLASS MAIL TO THE FOLLOWING

RALPH K. DURDSTEIN 3
DEPARTMENT OF DELAWARE
　　DEPARTMENT JUSTICE
820 n. FRENCH STREET
WILMINGETON DELAWARE 19801

JEFERYN ALONZO SIMMS 198625
PO. BOX 500
SUSSEX CORRECTIONAL INSI INSTITUTION
GEORGETON DELAWARE 19947

04-941-SLR

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

APR 1 4 2005

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON APRIL 4 2005
I SENT THREW UNITE STATES POSTAL SERVICE SENT AND FILED INITIAL DISC DISCLOSURES PURSUANT TO RULE 26 WITH THE CLERK OF THE COURT USING FEDERAL POSTAL SERVICE AND ON APRIL 12 2005 HAVE SENT A COPY OF SUCH FILING BY FIRST CLASS MAIL TO THE FOLLOWING:

/s/ RALPH K. DURSTEIN3

DEPARTMENT OF JUSTICE
STATE OF DELAWARE
820 n. FRENCH STREET
WILMINGTON DELAWARE 19801

MR. JEFFERY ALONZO SIMMS #198625
POST OFFICE BOX 500
SUSSEX CORRECTIONAL INSTITUTION
GEORGETOWN DELAWARE 19947

Case 1:04-cv-00941-SLR    Document 33    Filed 04/28/2005    Page 6 of 8



Jeffery Simms 177062
I/M _____ BLDG. Medium B-26
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

MR. Peter T. Dalleo Clerk of Court
Lock Box 18
844 King Street
U.S. Court House
Wilmington Delaware 19801

Case 1:04-cv-00941-SLR    Document 33    Filed 04/28/2005    Page 8 of 8