OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 3, 2005

**TO:** Jeffery Alonzo Simms
P.O. Box 514
Hurlock, MD 21643

**RE:** ***Return of Document due to Lack of Proof of Service on all Local Counsel of Record*** - CA 04-941 SLR

Document Title: Pre Trial Motion

Dear Mr. Simms:

    Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

    In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

    A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

    Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/bad    CLERK

Enclosure

cc: The Honorable Sue L. Robinson 04-941 SLR

IN THE UNITED STATES DISTRICT COURT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. JEFFERY ALONZO SIMMS #198625

post offie box 500

SUSSEX CORRECTIONAL INSTITUTION

GEORGETOWN, DELAWARE 19947

( PLAINTIFF)

V.

DEFENDANTS

MAJOR R.L. HUGHES;

LT. COL, THOMAS F. MACLEISH:

COL. L. AARON CHAFFINCH

RALPH K. DURSTEIN 3
                DURSTEIN

EDEPARTMENT OF JUSTICE

STATE OF DELAWARE

820 n. FRENCH STREET

WILMINGTON, DELAWARE 19801

CASE NO. o4-941-slr

DATE 4-26-2005



FILED APR 28 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PRE TRIAL MOTION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1a. HERE COMES THE PLAINTIFF A PRO SE IN THE ABOVE CAPTION MR. JEFFERY ALONZO SIMMS TO YOUR COURT TO THE HONORABLE JUDGE SUE L. ROBINSON AND CLERK: OF UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE:

2b. PLEASE BE ADVISED, A PRE_ TRIAL MOTION HAVE BEEN FILED IN THE ABOVE CASE 04-941-SLR FURTHERMORE THAT A PRE-TRIAL DATE SHALL BE SET AS SOON AND EFFECTIVELY AS POSSIBLE INADDITION COPYS OF THE CERTIFICATE OF SERVICE TO THE DEFENDANTS OR HERE WITH

JEFFERY ALONZO SIMMS 3  #198625
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELARE 198
19947