```
IN  THE  UNITED  STATES  DISTRICT  COURT  DISTRICT  OF  DELAWARE
*********************************  **************************************
```

MR.JEFFERY ALONZO SIMMS
    POSTAL  BOX  500
SUSSEX CORRECTIONAL INSTITUTION
GEORGETOWN DELAWARE 19947
    ( PLAINTIFF )

      V.

( DEFENDANTS)
R.L. HUGHES MAJOR, LT. COL.
THOMAS F. MACLEISH  COL. L. AARON CHAFFINCH

ATTORNEY RALPH K. DURSTEIN 3
DEPARTMEN OF JUSTICE
820 n. FRECH STREET 6th fl
WILMINGTON DELAWARE 19801

CASE NO. 04-941-slr
DATE 5-3-2005



NOTIFICATION OF TRIAL DATE

```
****************************************************************
```

1a. PLEASE BE ADVISED TO THE HONORABLE JUDGE SUE ROBINSON AND MR.PETER T. DALLEO CLERK OF THE COURT THE PLAINTIFF JEFFERY ALONZO SIMMS APRO SE, IN THE ABOVE CASE NO. 04-941-slr DEMAND AND REQUEST ATRIAL DATE TO BE SET IN THE NEAR FUTURE WITH THE AFFIRMATIVE DISCOVERY IN EFFECT AND THE COMPETENT WITNESS HERE WITH A DETACH CERTIFICATE OF SERVICE DATED 4-12-2005

2b. WITNESS MR. PHILLIPS MCKELVEY, SHERIFF OF THE CITY CMBRIDGE MARYLAND 21601 OFFICE PHONE 228-9105 HOME PHONE 228-7304 (RESIDENT VIANNA MARYLAND EASTERN SHORE MARYLAND DORCHESRTER COUNTY)

3c. FURTHERMORE PLEASE BE ADVISED HERE WITH THE NOTIFICATION THE ATTACH A: CERTIFICATE SERVICE COPYS SENT TO THE DEFENDANTS AND ATTORNEY IN TH E ABOVE CASE NO. 04-941-slr formal NOTIFICATION FOR TRIAL

JEFFERY ALONZO SIMMS 198625
postal box 500
SUSSEX CORRECTIONAL INSTITUTION
GEORGETOWN, DELAWARE19947

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE NO: 04-941-slr

DATE 5-3-2005

CERTIFICATE OF SERVICE

I HEREBY UNDER FEDERAL GUIDE LINE SENT AND FILED WITH THE CLERK OF THE COURT ON THE ABOUT DATE 5-3-2005 AND THREW THE UNITED STATES FEDERAL MAIL SERVICE SENT THE FOREGOING COPIES TO THE FOLLOWING ADDRESS:

( ATTORNEY AT LAW )

MR. RALPH K. DURSTEIN 3
DEPARTMENT OF JUSTICE
820 n. FRENCH STREET
                    6th fl
WILMINGTON DELAWARE 19801

MR. JEFFERY ALONZO SIMMS 2498625
POSTAL BOX 500
SUSSEX CORRECTIONAL INSTITUTION
GEORGETOWN DELAWARE 19947

In the United States District Court District of Delaware

## Certificate of Service

I Hereby under federal Guide line Sent and filed with clerk of the court on the about date 5-3-05 and threw the United States postal Service Sent the foregoing copies to the following address

attorney
Mr. Ralph K. Durstein III
Department of Justice
820. N. French Street
6th Fl
Wilmington Delaware
19801

Case No. 04-94-SLR

—Mr. Jeffery Alonzo Simms # 198625
Postal Box 500
Sussex Correctional Institution
Georgetown, Delaware 19947

In the United States District Court, District of Delaware

MR. Jeffery Alonzo Simms #198625
Postal Box 500
Sussex Correctional Institution
Georgetown, Delaware 19947
(plaintiff)

Case No: 04-941-SLR

Date 5-3-2005

V.

(Defendant)
R.L. Hughes Lt. Col. Thomas F.
Macleish Col. L. Aaron Chaffinch
Attorney Ralph K. Durstein III
Department of Justice
820 N. French Street 6th Fl
Wilmington Delaware
19801

## Notification

1, a. please be advised to Honorable Sue Robinson and MR. Peter T. Dalleo Clerk of the Court the plaintiff a pro se, MR. Jeffery Alonzo Simms in the above Case No. 04-941-SLR Demand a Court Date for trial in the above case be set with the affirmative discovery in effect with a detach Certificate of Service Dated 4-12-05

2.B. with a full proof with witness Detail:
Sheriff mr. phillips mc Kelvey
<u>Sheriff of cambridge cambridge</u>

Sheriff - MR. phillips mc Kelvey
pHone office     Sheriff of city cambridge
228-9105         maryland 21601
Home Resident
228-7304 Vianna maryland

3.C. Here with the Notification attach a Certificate Service copy sent to the Defendants and attorney in case No. 04-941-SLR of the foregoing formal Notification for trial

Signature

Date
5-3-05



I/M: Jeffrey A Simms BLDG. Medium 18-26
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk, Peter T. Dalleo
United States District Court
844 N. King Street Lockbox 18
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware
19801-3570

