IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

```
MR.JEFFERY ALONZO SIMMS 198625              CASE  NO. 04-941-slr
    POSTAL BOX 500                          CASE  NO. 04-1205-slr
  SUSSEX CORRECTIONAL INSTITUTION
GEORGETOWN, DELAWARE 19947                  DATE 5-12-2005

      ( PLAINTIFF )

          V.
```



```
    (DEFENDANTS )

MAJOR R.L. HUGHES, LT. COL. THOMAS F. ,
MACLEISH, COL. L. AARON CHAFFINCH
  DELAWARE STATE POLICE
  1441 n. DUPONT HWY
DOVER DELAWARE 19801

 ADDITIONAL DEFENDANTS, AS INDICATED IN THE
ABOVE CAPTION CASE NO. 04-1205-slr DATED,
9-8-2005
```

NOTICE OF APPEARANCE- MOTION FOR TRIAL

WITH HERE TO AMENDMENT PETITION TO INCLUDE CASE NO.04-1205-slr

***

PLEASE BE ADVISED, TO THE HONORABLE JUDGE SUE ROBINSON AND U.S. CLERK

1a. MS.DONNA BURNS M.D. ( WORK PLACE )   FOR CASE NO. 04-1205-slr ,

DEPARTMENT OF CORRECTIONS DELAWARE
P.O. BOX 500                              AND TRIAL DATE FOR CASE NO.,
SUSEX SUSSEX CORRECTIONAL INSTITUTION     NO. 04-941-slr
GEORTOWN, DELAWARE 19947

MR. HARRY M. FREEMAN M.D. (ORTHOPEDIC-SURGERY( WORK PLACE,
808 MIDDLEFORD ROAD          OFFICE PHONE 302-629-5501)
SEAFORD DELAWARE 19973 (

                    JEFFERY ALONZO SIMMS 198625
                    P.O. BOX 500
                    SUSSEX CORRECTIONAL INSTITUTION
                    GEORGETOWN DELAWARE 19947

IN THE   UNITED   STATES   DISTRICT   COURT   DISTRICT   OF DELAWARE

*************************************  ****************************************

                                       CASE NO. C.C 04-1205-slr

                                       CASE 040 C.-941-slr

CERTIFICATE    OF    SERVICE

I   HEREBY   UNDER   FEDERAL   GUIDE   LINE   SENT   THE   FOREGOING   AND   FILED CONTACT   THE   CLERK   OF   THE   UNITED   STATES   DISTRICT   COURT

ON   5-12-2005   AND   SENT   THREW   THE   FEDERAL   POSTAL   SERVICE   TO THE

THE FOLOWING ADDRESS

                              THE   MR. JEFFERY ALONZO SIMMS

                                  P.O. BOX 500

RALP   K. DURSTEIN              GEORGETOWN, DELAWARE 19947

JANE   BRADY

In the United States District Court District of Delaware

Case 04-941-SLR
Case 04-1205-SLR

Date 5-10-2005

Certificate of Service

I Hereby under federal Guide line Sent the foregoing and filed and Contact the Clerk of the United States District Court on 5-10-2005 and Sent threw the U.S. federal postal Service to the following address:

Ralp K Durstein III
Department of Justice
820 N. French Street 6th Fld
Wilmington Delaware
19801

Jane Brady
address

—MR. Jeffery alonzo Simms 196625
Postal Box 500
Sussex correctional institution

# In The United States District Court District of Delaware

MR. Jeffery Alonzo Simm #00198625
POSTAL BOX 500
Sussex Correctional Institution
Georgetown, Delaware 19947
( plaintiff )

V.
( Defendants )

Major R.L. Hughes,
Lt. Col. Thomas F. MacLeish,
Col. L. Aaron Chaffinch
Delaware State Police
1441 N. Dupont Hwy
Dover Delaware 19901

additional: Defendants as indicated in the above caption Case No. 04-1205-SLR; Date 9-8-04

Ms. Donna Burns M.D. (work place)
Department of Correction Delaware
P.O. Box 500
Sussex Correctional Institution
Georgetown, Delaware 19947

MR. Harry M. Freeman M.D. orthopedic Surgery
808 Middleford Road (work place)
Seaford Delaware 19973 (office phone 302-629-5501)

attorney Ralph K. Durstein
Department of Justice

Case No: 04-941-SLR
Case No: 04-1205-SLR
Date 5-10-2005

Notice of appearance - motion for trial with Hereto amendment petition to the U.S. Court to include case No. 04-1205-SLR
TO: The Honorable Judge Sue Robinson and Clerk

1A. please be advised, Here comes the plaintiff a pro se, Jeffery Alonzo Simms to your court with a complaint a civil action

2B. The plaintiff Demand a trial Date be set in the above caption case 04-941-SLR: 04-1205 SLR

3. (the pro se) Demand that the Honorable Judge Sue Robinson and U.S. Clerk summon all Defendants in this motion.

4.D. the pro se petition the amendment to the Court for the amendment petition for the Defendants in case Hereto

In the United States District Court District of Delaware

Jeffery alonzo Simms,
plaintiff

V.

Defendants

Major R.L. Hughes
Lt. Col. thomas F. macleish
Col. L. aaron chaffinch
Delaware State police officers
attorney Ralph K. Durstein III
Department of Justice

Jane Brady attorney General
Home Land Security
of Delaware

MS.DR Donna Burns P.H.D Doctor
Department of Correction
of Delaware S.C.I

MR. Harry freeman M.D.
orthopedic Surgery
Seaford Delaware

Case 04-941-SLR
Case 04-1205-SLR

Date 5-10-2005

To: Honorable Judge Sue Robinson and clerk of court peter T. Dalleo the plaintiff Demand Summon of the following Defendants to Court in a civil action




\#192625

I/M: Jeffery Simms   BLDG. Medium B-2-L
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

MR. Peter T. Dalleo
Clerk
United States District Court
Lock Box 18
844 King Street Court House
Wilmington Delaware 19801