page 1A.

Case No. 04-941-SLR
(Case No. 04-1205-SLR,
file 9-8-04.)
Date 5-12-05

To: Honorable Judge Sue Robinson;

and United States District Court, Clerk
Peter T. Dalleo
Office of the Clerk
United States District Court
District of Delaware
Lock Box 18
844 King Street    Judge Thomas L. Ambro

Federal Building

Wilmington Delaware 19801-3570

In the matter of: Motion for Trial
amendment petition to include:

Case No. 04-1205-SLR,

furthermore copy's have been sent
to the following along with Certificate
of Service:

(attorney) for Defendants
M. Jane Brady                MR. Ralph K. Durstein III
State of Delaware            Department of Justice 6th Fld
attorney General of          820 N. french Street
Delaware                     Wilmington Delaware
820 N. french Street              19801
Wilmington Delaware  (Major R. L. Hughes;
                      Lt. Col. Thomas F. MacLeish;
                      Col. L. Aaron Chaffinch)

FILED
MAY 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In the United States District Court District of Delaware,

    In The matter of Case No. 04-941-SLR;
                       Case No. 04-1205-SLR.

TO: Honorable Judge Sue Robinson; and

United States District Court District of Delaware (Clerk of the Court — Peter T. Dalleo):

          Sincerly, I await your responds.

MR. Jeffery Simms #198625
                   unit V-Building A-tier
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware
19977

Home phone (401-754-7862)



I/M MR. Jeffery alonzo Simmos
S.B.I #198625 Unit V-Building A-Tier
Delaware Correctional Center Cell #2
1181 Paddock Road
Smyrna, Delaware
19977

United States District Court
District of Delaware
Lock Box 18
844 King Street
Judge Thomas L. Ambro
Federal Building
Wilmington, Delaware 19801-3570