ORIGINAL

MR. JEFFERY ALONZO SIMMS #198625
1181 PADDOCK ROAD
DELAWARE CORRECTIOAL CENTER
SMYRAN  DELAWARE 19977

DATE 6-8-2005

PLEASE FILED

IN THE MATTER OF : GREEN TREE PROGRAM AND MEDICAL CONDITION
INJURED KNEES AND HIGH BLOOD PRESSURE;

GREEN TREE COUNSELORS OF THE PROGRAM V_-BUILDIND
TO: COUNSELOR
MS. HECKLEY AND SPENCE MR.
MR. KEITH WATSON A TIER FACILITATOR

FILED
JUN 1 3 2005
U.S. DISTRICT COURT

PLEASE BE ADVISE, AFTER CONTACTING ORTHOPEDIG-SURGERY

MR. HARRY M. FREEMAN 808 MIDDLEFORD ROAD SEAFORD DELAWARE 19973 B PHONE9(302-629-5501) AND MEDICAL STAFF AT DELAWARE CORRECTIOAL CENTER SMYRAN DELAWARE 19977 THE GREEN TREE PROGRAM IS NOT SUITEABLE FOR ME WITH ALL DUE RESPECT IM ; REQUEST DISCHARGE AND OR TERMINATION FROM THE GREEN TREE PROGRAM

FURTHERMORE I APPRECIATE YOUR CONCERN IN THE MATTER IN HOPES OF BETTER HOUSEING AS SOON AS POSSING

SINCERLEY                                          TERRY SIMMS

*(signature)*
MR. JEFFERY ALONZO SIMMS 198625
1181 PADDOCK ROAD
DELAWARE CORRECTIOAL CENTER
SMYRAN  WILMINGTON DELAWARE  19977

HOME PHONE 410-754-7760
             410-943-0753

COPYS TO: THE UNITED STATES DISTRICT COURT HONORABLE SUE ROBINSON AND CLERK MR. PETER T. DALLEO 844 n. king STREET LOCK BOX 18 JUDGEH HONORABLE THOMAS L AMBRO FEDERAL BUILDING WILMINGTON DELAWARE 19801-3570(302-573-61700 ATTORNEY AT LAW MR.RALPH K. DURSTEIN III DEPARTMENT OF JUSTICE 820 n. FRENCH 6th FLOOR WILMINGTON DELAWARE 19801:ATTORNEY GENERAL M. JANE BRADY OFFICE OF THE ATTORNEY GENERAL CARVEL STATE OFFICE BUILDING WILMINGTON DELAWARE 19801  820 n FRENCH STREET

Legal Mail →

IM Jeffery A Simms
SBI# 198625 UNIT V-Building A-12-T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S X-RAY

U.S. Clerk Mr. Peters T. Dalleo
United States District Court
844 N. King Street Lock Box 18
Honorable Judge Thomas L. ambro
Federal Building Wilmington Delaware
19801-3570