**ORIGINAL**

UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE
*********************************************************************

```
JEFFERY ALONZO SIMMS  198625        *  CASE NO: 04-941-SLR,
DELAWARE CORRECTIONAL CENTER        *  CASE NO: 04-1205-SLR.
1181 PADDOCK ROAD                   *
BY SMYRNA DELAWARE 19977            *  ( DATE 6-7-2005)
                                    *
   PLAINTIFF                        *  PLEASE FILE
                                    *
       V.                           *  CIVIL CASE
                                    *    LOCAL RULES
   DEFENDANTS:                      *  PURSUANT TO DEL. CODE ANN.
MAJOR R.L. HUGHES, LT.COL THOMAS F. MACLEISH, *  FEDERAL 4,5,6,7,8,
COL. L. AARON CHAFFINCH             *
                                    *  SEC . 21, 7b  8cn 4d
MR. RALPH K. DURSTEIN III           *
DEPARTMENT OF JUSTICE               *  TO: THE HONORABLE JUDGE
820 n. FRENCH STREET 6th FLD        *    SUE  ROBINSON AND CLERK OF
WILMINGTON, DELAWARE 19801          *  THE UNITED STATES COURT
                                    *  MR. PETER T. DALLEO.
                                    *
                                    *       SINCERLEY
DEFENDANTS
MAJOR R.L. HUGHES:     DOCTOR DONNA BURNS
DELAWARE STATE         SUSSEX CORRECTIONAL INST.
POLICE 1441 n.         P.O. BOX 500
DUPONT HWY             GEORGETOWN DELAWARE
DOVER DELAWARE                19947
19901
                       ORTHOPEDIC - SURGERY PHD DR. HARRY M FREEMAN 808 MIDDLEFORD
                                    ROAD  SEAFORD DELAWARE  19973
```


FILED JUN 13 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**MOTION TO APPEAR AND  AMEND PETITION- FOR COURT TRIAL AND APPEARANCE**
*********************************************************************

1.a  MAY IT PLEASE THE COURT THE PLIANTIFF MR. JEFFERY ALONZO, APRO SE, IN THE
     ABOVE CAPTION CASE AND, ANDR RESPECTFULLY REQUEST THAT CASE 04-1205-slr be
                              HOME PHN PHONE 410-754-7760 -410-943-0753
ADDED IN THE CAPTION CASE 04-941-slr
                                    CERTIFICATE OF SERVICE SENT

2.b  PLEASE BE ADVISED THE PRO SE, IN THE ABOVE CASE THE, MR. JEFFERY ALONZO SIMMS

*Jeffery alonzo Simms*

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE NO: 04-941-slr;

CASE NO. 04-1205-SLR:

(DATE 6-7-2005)0

CERTIFICATE OF SERVICE

I HEREBY THE MR. JEFFERY ALONZO SIMMS HAS CONTACT THE CLERK OF THE UNITED STATES COURT DISTRICT OF DELAWARE MR. PETER T. DALLEO CLERK OF COURT THREW THE COMMUNICATION AND THE UNITED STATE POSTAL SERVICE AND HAS FILED ON 6-7-2005 AND SENT COPYS TO THE ADDRESS CONTAIN HEREOF:

ON THE ABOUT DATE UNDER FEDERAL LAW AND GUIDE LINES

MOTION FOR TRIAL AND AMEND PETITION FOR CASE CASE NO. 04-1205-SLR

ATTORNEY AT LAW
MR. RALPH K. DURSTEIN III
DEPARTMENT OF JUSTICE
820 n. french street 6th floor
WILMINGTON, DELAWARE 19801

ATTORNEY GENERAL
M JANE BRADY
OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
CARVEL STATE OF BUILDING
820 n. french street
WILMINGTON DELAWARE 19801

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE PLIANTIFF & PRO SE,

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL INST, CENTER
1181 PADDOCK ROAD
SYMRAN SMYRNA DELAWARE 19977

Legal Mail →

I/M Jeffery A Simms
SBI# 198625 UNIT V-Building A-12-T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

U.S. Clerk peters T. Dalleo
MR.
United States District Court
844 N. King Street Lock Box 18
Honorable Judge Thomas L. ambro
Federal Building Wilmington Delaware
19801-3570