OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



FILED
JUN 1 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

June 9, 2005

TO: Jeffery Alonzo Simms
SBI# 198625
DCC
1181 Paddock Road
Smyrna, DE 19977

**RE: Reject for Service; 04-941 and 04-1205 (SLR)**

Dear Mr. Simms:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson

*June 12-2005*

*In the matter of; reject Service:*
*please be advised, the correct Documents shall Be filed*
*at new location, and 6-12-2005, please Comply with ___*

please be advised,

my mail is not being Seal
please Seal my mail wind
Sending to me please,
I appreciate if the Clerk of the
Court will sign the legal Ducuments
Send to me by the court U.S. District
Delaware, furthermore send me a
print out of my filing because I have
Send a motion for increase in Cliams
from 500000, wind will I be
able to appear in front of the judge Sue
Robinson in the case 04-941-SLR and
04-1205-SLR( Correctional officers are
reading my mail all day and papers
or missing because the court are not
Seal them up Nor are they being
Sign ( please comply with 6-6-2005