IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

(PETITIONER)

V.

STATE OF DELAWARE
DEPUTY ATTORNEY GENERAL
MS. MELANIE WITHERS
DEPARTMENT OF JUSTICE
114 E. MARKET STREET
GEORGETOWN, DELAWARE 19947

PROTHONOTARYS OFFICE
1 THE CIRCLE #ST 2
GEORGETOWN, DELAWARE 19947-1502

JUDGES CHAMBER THE HONORABLE JUDGE RICHARD F. STOKES
SUSSEX COUNTY COURT HOUSE 1 THE CIRCLE SUITE 2
GEORGETOWN, DELAWARE 19947

CASE NO. 0207014771
DATE JUNE 22-2005
PLEASE FILE



FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

PETITION FOR SPECIAL APPEARANCE AND EXONERATE OF SENTENCE FOR THE
ABOVE CAPTION CASE NO. 0207014771 DATED JUNE 22-2005
FURTHEREMORE MEDICAL CONDITION AND PHYSICAL DISABILITY THAT MAY BE OF
SUBSTANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT 1,2,3,4,5, a,b,c,d,e,

1, TO THE CLERK OF THE SUPERIOR COURT SUSSEX COUNTY DELAWARE AND THE PRESIDING JUDGE THE HONORABLE JUDGE RICHARD F. STOKES OF THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE,

2, FACT ON THE UNITED STATES MARSHAL INVESTIGATION (ORDERED BY THE HONORABLE JUDGE SUE L. ROBINSON INTO THE FACT FINDING IMPROPRIETY OF THE ARRESTING OFFICER OF THE DELAWARE STATE POLICE DEPARTMENT UNDER AND WITH THE COMMANDER (MAJOR R.L. HUGHES, LT. THOMAS F. MACLEISH, AND COL. L. AARON CHAFFINCH OF THE DELAWARE STATE POLICE DEPARTMENT (TROOP 4, 330 SOUTH DUPONT HIGHWAY GEORGETOWN, DELAWARE 19947 AND COMBINE WITH R.L. HUGHES STATE POLICE OF DELAWARE 1441 N. DUPONT HIGHWAY DOVER, DELAWARE 19901 THAT LED THEM TO INFLICT SEVERE PHYSICAL INJURY ON THE PETITIONER ON JULY 21,22-2002

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE

*************************************************************

HONORABLE JUDGE RICHARD F. STOKES;       CASE NO:0207014771(DATE 6-22-05)

PLEASE FILE

EXHIBIT 3, MR. JEFFREY ALONZO SIMMS #198625, DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA, DELAWARE 19977 (IN THE MATTER OF GREEN Y TREE PROGRAM AND MEDICAL CONDITION AND PHYSICAL DISABILITY)

EXHIBIT 4, I HEREBY CONSENT AND AUTHORIZE THE HONORABLE JUDGE RICHARD F. STOKES OF THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE TO REVIEW ALL RECORDS AND DOCUMENTS THAT ARE RETAIN(IN THE UNITED STATES DISTRICT COURT 844 N. KING STREET LOCK BOX 18 WILMINGTON, DELAWARE 19801-3570 FOREGOING IS TRUE THAT A CIVIL CASE IS IN EFFECTIVELY, I HERE DEMAND THAT THE INVESTIGATION REPORT BE RELEASE BY THE HONORABLE SUE L. ROBINSON AND THE UNITED STATES DISTRICT CLERK PETER T. DALLEO

EXHIBIT 5, TO THE WARDEN OF DELAWARE CORRECTIONAL S CENTER WARDEN CARROLLAND AND THE GREEN TREE PROGRAM COUNSELOR MS. HE HICKEY AND COUNSELOR SPENCE AT DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA, DELAWARE 19977

PLEASE BE ADVISED, APPARENTLY THERE IS A MISS MISCONCEPTION OF DOCUMENTATION( HERE YOU WILL FIND THE STATEMENT OF DU DOCUMENT ON JUNE 20-2005 10;30 am ORTHOPEDIC SURGEON MR. HARRY M. FREEMAN WERE CONTACTED AT OFFICE 302-629-5501, 808 MIDDLEFORD ROAD SEAFORD DELAWARE 19973 II HIS STATEMENT OF RESPONDS IN THE ABOVE MATTER TITLE READS AS FOLLOWS THE PRESCRIPTION RECOMMENDED THE PETITIONER SHALL CONTINUE 800 mg MOTRIN AND SPECIAL DEC DEVICES, CRUTCH KNEE BRACE AND CHAIR FOR HELP RELIEF OF PAIN UNTIL SURGERY CAN BE PERMITTED) CIVIL CASE NO:04-941-slr-04-1205-slr DATED 9-8-04 MAY IT PLEASE THE COURT THAT I HEREBY CERTIFY THAT THE FOREGOING DU DOCUMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE

_____ /s/ Jeffery Alonzo Simms _____

MR. JEFFERY ALONZO SIMMS #198625 V BUILDING GREEN TREE PROGRAM
DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

COPYS WERE SENT TO ADRESS CONTAIN IN THE PETITIONER DOCUMENTS

SINCERLEY,

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE
*****************************************************************

CERTIFICATE OF SERVICE

I, JEFFREY ALONZO SIMMS #198625 HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPIES, OF THE FOREGOING PETITION THREW THE , UNITED STATES POSTAL SERVICES ON THE ABOUT DATE AND TIME AND HAVE CONTACTED THE CLERK OF THE COURT ON JUNE 22-2005 THREW COMMUNICATION OF THE SAME DOCUMENT HERETO THE PETITIONER SENT COPIES TO THE FOLLOWING ADRESSES;

TO: PROTHONOTARY OFFICE
1 THE CIRCLE ? st 2
GEORGETOWN DELAWARE 19947

TO: DEPUTY ATTORNEY MS. MELANIE WITHERS
DEPARTMENT OF JUSTICE 114 e.
MARKET STREET
GEORGETOWN, DELAWARE 19947

TO HONORABLE JUDGE RICHARD F. STOKES
SUSSEX COUNTY COURT HOUSE
1 THE CIRCLE SUITE 2
GEORGETOWN, DELAWARE 19947

TO: THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 n. KING STREET LOCK BOX 18
WILMINGTON, DELAWARE 19801-3570

ON THIS DAY OF June 22 , 2005

JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD SMYRNA, DELAWARE 19977

( GREEN TREE PROGRAM V_BUILDING 12t