civil case 04-941-SLR
04-1205-SLR

7-6-2005

plaintiff a PRO, se        MR. Jeffery alonzo Simms

To: Honorable Judge Sue L. Robinson please be advised
and US clerk Peter T. Dalleo

I'm Ready for trial

In the United States District court of Del.
your responds
is needed in
the above caption
case, No.
I awaited your contact

MR. Jeffery alonzo Simms
Delaware correctional center
1181 paddock Road
Smyrna Delaware
19977

Copies Sent To: the Department
of
Justice  lawyer



IMS Jeffery A. Simms
SBI# 198625  UNIT D-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court District of Delaware
Lock Box 18   844 N. King Street
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware 19801-3570