IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE

---

MR. JEFFERY ALONZO SIMMS $198625
  ( PLAINTIFF )
          V.
(DEFENDANTS)

  MAJOR RET. R.L. HUGHES,
MAJOR THOMAS F. MACLEISH,
  COL. AARON CHAFFINCH

STATE POLICE OF THE STATE OF DELAWARE

  1441 N. DUPONT HWY.
   DOVER, DELAWARE   19901

  MR. RALPH K. DURSTEIN 111
  DEPARTMENT OF JUSTICE ( 6th floor)
  820 N. FRENCH STREET
   WILMINGTON DELAWARE  19801

CIVIL ACTION NO. 04-941-SLR:
AND NO. 04-1205-SLR

DATE JULY 12-2005

LOCAL RULES 1235,4

ART. 36 b. ART." 26 27 2
sec. 7  sec.16  17  18  19

ziped 5 6 7 8 UNDER STATE LAW

ANNOTED   CODES AND  7 b CONTAI
            4,5, 6, 8,    7c.    sec 9 10

MAYWEATHERSS V. TERHUNE,
136 F. SUPP. 2d 1152 ( E.D. CAL.
  2001)

FILED JUL 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

IN THE MATTER OF ; MOTION FOR TRIAL AND MOTION TO RELEASE
   DOCUMENTS AND FOR EMERGENCY MEDICAL CARE AS INDICATED,
IN CIVIL ACTION CASE NO. 1205    04-1205 AT THE PLAINTIFF CURRENT
ADDRESS: (DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA DEL.
19977.    (GREENTREE PROGRAM) WARDEN CARROLL ,
  HEALTH CARE PROVIDER CNN AND INSURANCE COMPANY AT THE PLAINTIFF
   ADDRESS PLEASE BE S ADVISED YOUR RESPONDS IS    NEEDED
            ( CASE  0207014771  ) TO AND ACCOPRANCE WITH
  WITH THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE STATE OF DEL.
   TO, THE HONORABLE JUDGE RICHARD F. STOKES IN THE MATTER OF
EXONERATE OF SENTENCE AND RECORDS WITH THE COPIES HERETO
  AND CERTIFICATE SERVICE

                              _____
                              MR. JEFFERY ALONZO SIMMS  198625

IN THE UNITED STATES DISTRICT COURT DISTRICT OF THE STATE OF DELAWARE

---

CIVIL ACTION NO.04-1205-slr

04-941-slr

DATE 12- 2005(JULY)

CERTIFICATE OF SERVICE

I JEFFERY ALONZO SIMMS #198625, HEREBY CERTIFY THAT I SENT COPIES TO THE FOREGOING ADDRESS TO BE TRUE AND ATTACHED HERETO AND CERTIFY THAT I HAVE CONTACED THREW THE WAY OF COMMUNICATION AND THE SERVICES OF UNITED STATES POSTAL SERVICES AND CONTACTED THE CLERK OF THE COURT MR. PETER T. DALLEO AND THE LOCATED THE, HONORABLE SUE L. ROBINSON OF THE UNITED STATES DISTRICT COURT WILMINGTON DELAWARE 844 N. KING STREET LOCK BOX 18 ZIP CODE 19801-3570

SENT TO THE FOLLOWING ADDRESS:    ( HONORABLE JUDGE RICHARD F.STOKES)

MR.RALPH K. DURSTEIN 111           SUSSEX COUNTY COURTHOUSE
DEPARTMENT OF JUSTICE ( 6th floor) P.O. BOX 756  1 THE CIRCLE SUITE 2
820 N. FRENCH STREET               GEORGETOWN, DELAWARE 19947
WILMINGTON, DELAWARE 19801

MR.JEFFERY ALONZO SIMMS #198625