IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

**ORIGINAL**

MR. JEFFERY ALONZO SIMMS #198625
(PLAINTIFF) V.


(DEFENDANTS)
MAJOR (RET.) R.L. HUGHES;LT.COL.(MAJOR -
THOMAS F. MACLEISH)AND COL.L. AARON CHAFFINCH
(DEFENDANTS) MR. HARRY M. FREEMAN M.D. Ph.D;
OPTHOPEDIC SURGEON 808 MIDDLEFORD
ROAD SEAFORD DELAWARE 19973(302-629-5501

(DEFENDANTS) MS.DONNA BURNS M.D. Ph.D
(WORKE PLACE) DEPARTMENT OF CORRECTION;
P.O. BOX 500 GEORGETOWN,DELAWARE
19947
( INSURANCE COMPANY CNN )

(DEFENDANTS)MAJOR (RET.) R.L. HUGHES; MAJOR;
NOW THOMAS F. MACLEISH OF DELAWARE STATE
POLICE P.O. BOX 430 DOVER DELAWARE 19903

CIVIL ACTION NO:04-941-SLR
CIVIL ACTION NO:04-1205-SLR
DATE JULY 14-2005

(FILE DATE  SEPTEMBER 9-8-2004)



FILED

JUL 18 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF MOTION

FOR EMERGENCY HEARING OR TRIAL AT THE EARLIEST POSSIBLE
CONVENIENCE DATE.  ( ACTION MOTION TO PROCEED )

TO; THE HONORABLE JUDGE SUE L. ROBINSON AND UNITED STATES DISTRICT
COURT CLERK MR. PETER T. DALLEO: (EXHIBIT 1,2,3, and a,b,c,)
DELAWARE LOCAL RULES 1,2,3,4,5,
U.S. DISTRICT ANNOTE 35 7B
1) a. PLEASE BE ADVISED, THE PLAINTIFF A PRO se, IN THE ABOVE
CAPTION CIVIL CASE MOTION FOR TRIAL EFFECTIVELY AND DEMAND SUBPOENA OF
THE DEFENDANTS IN THE CIVIL ACTION CASE.

2) b. ALSO BE ADVISED, THE PLAINTIFF SEEK A COURT ORDER FROM THE
HONORABLE SUE L. ROBINSON AND CLERK OF COURT MR.PETER T. DALLEO U.S.D.C.W.D.
OF ANY FURTHER DENIAL OF ___ MEDICAL TREATMENT AN IMPROPPIETY AGAINST
THE PLAINTIFF WHILE AT (MR.JEFFERY ALONZO SIMMS #198625 DELAWARE
CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA DELAWARE 19977..

3) d. FURTHEREMORE MAY IT PLEASE THE COURT THE PLAINTIFF RELEASE COPYs
OF THE CLAIMS OF STATEMENT AND MOTION TO THE SUPERIOR COURT SUSSEX
COUNTY DELAWARE SUITE 2 GEORGETOWN 19947 THE HONORABLE JUDGE(RICHARD F.
STOKES AND CLERK OF THE SUPERIOR COURT AND HERETO THE COURT WILL FINF
FIND THE CERTIFICATE OF SERVICE :

HERE COMES THE PRO SE MR. JEFFERY ALONZO SIMMS 198625
TO THE HONORABLE JUDGE SUE L. ROBINSON AND CLERK MR.PETER T. DALLEO
OF THE UNITED STATES DISTRICT COURT WILMINGTON ( I AWAIT YOUR RESPONDS
EFFECTIVELY AND URGENTLY AND I REMAIN SINCERLY.

SIGNATURE OF MOVANT DATE JULY 14, 2005

IN THE    UNITED STATES DISTRICT COURT DISTRICT OF      _ DELAWARE

_____

CIVIL ACTION NO. 04-1205 SLR
AND CIVIL ACTION NO. 04_ 941 -SLR

DATE JULY  14 2005


CERTIFICATE        OF       SERVICE


I:JEFFERY ALONZO SIMMS #1986252 , HEREBY  CERTIFY THAT I HAVE SENT THREW THE UNITED STATES POSTAL SERVICE THE FORECOING DOCUMMENTS AND CONTACT THREW COMMUNICATIONS THE CLERK OF THE UNITED STATES COURT   DISTRICT OF DELAWARE ON THE ABOUT    DAY 14  YEAR 2005 2005


AND CERTIFY Y THAT COPYS WERE SENT THE FOLLOWING:


MR. RALH K. DURSTEIN 111
DEPARTMENT OF JUSTICE
820  N. FRENCH  STREET  6th floor
WILMINGTON DELAWARE 19801

HONORABLE JUDGE RICHARD F. STOKES
SUSSEX COUNTY COURTHOUSE
1THE CIRCLE
GEORGETOWN, DELAWARE 19947

THE HONORABLE JUDGE  SUE L. ROBINSON

PROTHONOTARYS OFFICE
1 THE  CIRCLE # SUITE 2
GEORGETOWN DELAWARE 19947

AND CLERK  THE UNITED STATES DISTRICT COURT
844  N. KING STREET LOCK BOX 18
WILMINGTON DELAWARE 19801 -   3570

DEPUTY ATTORNEY

DEPUTY ATTORNEY GENERAL
MS. MELANIE  WITHERS
114 E. MARKET STREET
GEORGETOWN, DELAWARE 19947

MR.JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL  CENTER    JULY  14 2005
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977