MR. JEFFERY ALONZO SIMMS 198625          DATE 14 2005
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD                         CASE 020701477
SMYRNA, DELAWARE 19977                    CIVIL ACTION 040 - 04-941-slr

                                          CIVIL ACTION

                                          04-1205-slr

IN THE MATTER OF MOTION FOR TRIAL

---

TO:   HONORABLE JUDGE RICHARD F. STOKES,
      HONORABLE JUDGE SUE L. ROBINSON,

**FILED**
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*[signature: Jeffery A Simms]*