civil case 04-941-SLR
04-1205-SLR

July 14, 2005

To: Honorable Sue L. Robinson
and Clerk Mr. Peter T. Dalleo
United States District Court
District of Wilmington Delaware
19801-3570

( In the matter motion
for emergency trial Date
and Subpoena to Defendants )

In Case 04-941-SLR and
04-1205-SLR,

please be advised
your respond is
need.
The plaintiff request
and Demand the courts order
in the above caption case

Jeffrey Alonzo Gains
#198625
Delaware Corrections Center
1181 Paddock Road
Wilmington Delaware
19977

Green tree program U Build

FILED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE