In the united States,
District Court District of
State of Delaware.____

Civil action
No: 04-941-SLR
and No: 04-1205-SLR

___ MR. Jeffrey alonzo Simms
#198625

Date July 14-2005

Delaware correctional center
1181 paddock Road
Smyre Wilmington, Delaware
19977  Home pHone
4110-754-7760

in the matter of
Motion for trial emergency - Hearing

To: MR. peter T. Dalleo U.S.D.C
and Honorable Sue L. Robinson

please Be advised
your response is
needed
in the above caption
es effectively, I awaite
your respondz

Sincerly
MR Jeffry...

FILED

JUL 25 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



INM JEFFREY A SIMMS
SBI# 182625   UNIT A-B-3 east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street, Lock Box 18
Honorably Judge Thornsaeck, andrea Building
Federal Building Wilmington Delaware
19801-3570