IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. JEFFERY ALONZO SIMMS #198625

  ( plaintiff)

V.

(DEFENDANTS)

R.L. HUGHES RET. MAJOR, LT. COL. NOW MAJOR THOMAS F. MACLEISH, COL. L. AARON CHAFFINCH (DELAWARE STATE POLICE 1441 N. DUPONT HWY. DOVER, DELAWARE 19901

  MR. RALPH K. DURSTEIN 111
    DEPARTMENT OF JUSTICE 820 N. FRENCH STREET 6th FLOOR WILMINGTON, DELAWARE 19801
  ( DEFENDANTS)
  HARRY M. FREEMAN M.D. PH. d, ORTHOPEDIC
    SURGEON 808 MIDDLEFORD ROAD SEAFORD, DELAWARE 19973.
  DOCTOR DONNA BURS BURNS P.H.d, M.D.
    (WORK PLACE) SUSSEX CORRECTIONAL
    INSTITUTION P.O. BOX 500 GRORGETOWN, DELAWARE 19947.
  (RET. MAJOR R.L. HUGHES DEL STATE POLICE)

CIVIL ACTION NO. 04-941-SLR

AND CIVIL ACTION NO. 04-1205-SLR

DATE JULY 19-2005

I.D. 198625

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILSON V. SEITER, 501 U.S. 294, 111 S. CT. 2321, 115 L. ED. 2d 271 (1991)

HELLING V. MCKINNEY, 509 U.S. 25, 113 S. ct. 2475, 125 L. ED. @d 2d 22 (1993) : LAAMAN V. HELGEMOE, 437 F. SUPP. 269, 312 (D.N.H. 1977)

FILED JUL 25 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

NOTICE OF MOTION

PLEASE TAKE NOTICE OF THE ENCLOSE MOTION FOR EMERGENCY RELIEF WHILE IN A STATE INSTITUTION OF CORRECTION IN THE STATE OF DELAWARE WITH A STATEMENT OF CLAIMS AND CERTIFICATE OF SERVICE HERETO: WILL BE PRESENTED TO THIS HONORABLE COURT AT THE EARLIEST URGENT POSSIBLE DATE.      FOURTEENTH AMENDMENT :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNDER FEDERAL OF THE UNITED STATES OF AMERICA:

1. a) COMMISSION ON              ACCREDITATION FOR CORRECTION, CERTIFICATION STANDARDS FOR HEALTH CARE PROGRAMSS HC -058(1989).

2. B) UNITED STATES DEPT OF JUSTICE, FEDERAL STANDARDS FOR CRIMINAL JUSTICE §§ 23.5 -1, 5-2 (1986_): (FOR PRISON AND JAILS §§ 5.22-24) (1980)

CORRECTIONAL HEALTH CARE, ABA STANDARDS FOR CRIMINAL JUSTICE J -20-21(1987), NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE, STANDARDS FOR HEALTH SERVICES IN JAILS J-44(MAY1999)

*[signature: Jeffery Alonzo Simms]*



IM Jeffrey A Simms
SBI# 178625   UNIT D-D-3 east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street, Lock box 18
Honorable Judge Thomas L. Ambro Building
Federal Building, Wilmington Delaware
19801-3570