IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE
*************************************\*\*\*************************************

| | |
|---|---|
| MR. JEFFERY ALONZO SIMMS #19862<br>PLANTIFF<br>(PLAINTIFF) V.<br><br>(DEFENDANTS)<br><br>PART 2 OF MOTION<br><br>(3.c, | CIVL CASE NO 04-941 SLR<br>AND ACTION CASE NO: 04-1205-SLR<br>DATE 19-2005 |

☐ ORIGINAL



FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR EMERGENCY MEDICAL CARE AND TRIAL DATE AT THE EARLIEST POSSIBLE DATE
*************************************\*\*\*************************************

(3.c, PLEASE BE ADVISED; MICHAEL C. FRIEDMAN, COMMENT, CRUEL AND UNUSUAL PUNISHMENT IN THE PROVISION OF PRIO PRISON MEDICAL CARE: CHALLENGING THE DELIBERATE INDIFFERENCE STANDARD, 45 V 1 REV 921 (1992).

TO: HONORABLE JUDGE SUE L. ROBINSON AND CLERK MR. PETER T. DALLEO

4. d.  CERTIFICATE OF SERVICE    (EXONERATE OF SENTENCE)

S.B.I. $198625

_____
DELAWARE CORRECTIONAL SERVICE 1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE

****************&*********************************************************

CIVIL ACTION NO 04-941-SLR AND
CIVIL ACTION NO 04-1205- SLR


CERTIFICATE OF SERVICE

TO: THE HONORABLE JUDGE SUE L. ROBINSON:


I HEREBY THE MR. JEFFERY ALONZO SIMMS 198625 HAVE SENT THREW THE UNITED STATES POSTAL SERVICE AND CONTACTED U.S. DISTRICT COURT CLERK MR. PETER T DALLEO AND CERTIFY THAT THE FOREGOING ARE TRUE COPIES AND SENT THREW COMMUNICATE SERVICE TO THE FOLLOWING ADDRESS:

HONORABLE RICHARD F. STOKES
SUSSEX COUNTY COURTHOUSE

MR. RALPH K. DO DURSTEIN 111    1 THE CIRCLE, SUITE 2
                                 GEORGETOWN, DELAWARE 19947
DEPARTMENT OF JUSTICE    6th floor
820 n. FRENCH STREET
WILMINGTON, DELAWARE 19801
                                 office the clerk(MR. PETER T. DALLEO
                                 THE UNITED STATES DISTRICT COURT
PROTHONOTARYS OFFICE    HONORABLE JUDGE SUE L. B ROBINSON
1 THE CIRCLE # SUITE 2    844 N. KING SREET LOCK BOX 18
  GEORGETOWN, DELAWARE 19947-1502    WILMINGTON, DELAWARE 19801 35-70

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWAARE 19977



I/M Jeffrey A Simms
SBI# 192625 UNIT M-D-3east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street Lock Box 18 Box
Honorable Judge Thomas L. Ambro Building
Federal Building Wilmington Delaware
19801-3570