IN THE UNITED STATES DISTRICT COURT

CIVIL ACTION NO. 04-941-SLR
AND CIVIL NO. 04-1205-SLR
DATE JULY 21-2005

MR. JEFFERY ALONZO SIMMS #198625

DELAWARE CORRECTIONAL INSITUTION
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977    (PLAINTIFF)

V.

(DEFENDANTS)

**ORIGINAL**

MAJOR (RET.) R.L. HUGHES,
  MAJOR (NOW) LT. COL. THOMAS F.
  MACLEISH AND COL. L. AARON CHAFFINCH

(DEFENDANTS)

MR. HARRY M. FREEMAN M.D. PH.D.
ORTHOPEDIC SURGEON, OFFICE (302-629-5501)
808 MIDDLEFORD ROAD SEAFORD, DELAWARE
    19973

MS. DONNA BURNS M.D. DOCTOR, PH.D.
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
    P.O. BOX 500
GEORGETOWN, DELAWARE 19947

MAJOR (RET.) R.L. HUGHES
DELAWARE STATE POLICE, DOVER DEL. 19901
  1441 n. hwy.

FILED
JUL 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF MOTION
  PLEASE BE ADVISED, OF THE ENCLOSED MOTION FOR SPECIAL
PRO, SE - APPEARANCE, WILL BE PRESENTED AS A EMERGENCY FOR BAILEY
  AS UNDER FEDERAL LAW (SECTION 16;8 FEDERAL COURT PURSUANT TO RULE 53
  (18 U.S.C. §§ 362(g) (8). 18 U.S.C. 3626 (e) 18 u.s.c. § 3626(f) (6)

( 1,2,3.  A,B,C, EXHIBIT )
  FEDERAL LAW

TO: THE HONORABLE JUDGE SUE L. ROBINSON, AND CLERK OF THE,
UNITED STATES DISTRICT COURT MR. PETER T. DALLEO,

  PLEASE TAKE NOTICE OF THE FOREGOING MOTION,
1.a) FOR WHICH IT IS CONTAIN BY FEDERAL IN A CIVIL ACTION CASE BY,
    FEDERAL LAW IN THE ABOVE CAPTION CASE 04-941-SLR: 04-1205-SDR

2.b) THE EIGHTH AMENDMENT MEDICAL CARE: MAY IT PLEASE THE COURT THE
  INVESTIGATIONM ORDERED BY THE HONORABLE JUDGE SUE L. ROBINSON WILL
  CLEARLY SHOW THE HONORABLE COURT HAVE MORE CONTAIN CONCLUSIVELY
  TO ORDER A SUBPOENA ON OR F THE DEFENDANTS, FURTHERMORE, THE PLAINTIFF
  DISABILITIES, IS, THE RESULT THEREOF I APPRECIATE THE HONORABLE COURT
  RESPONDS IN THE MOTION HERETO.

3.c)                                          *Jeffrey alonzo Simms*

IN THE UNITED STATES DISTRICT COURT OF THE STATE OF DELAWARE
**********************************************************************

CIVIL ACTION NO: 04-941-SLR AND
CIVIL ACTION NO. 04-1205-SLR

JULY 21-2005

CERTIFICATE      OF      SERVICE

I, JEFFERY ALONZOO SIMMS, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPIES OF THE ATTACHED MOTION FOR SPECIAL APPEARANCE UPON THE FOLLOWING PARTIES: THREW THE CONTACT OF THE CLERK OF U.S.D.C. MR. PETER T. DALLEO NO JULY 21-2005 THRW THREW COMMUNICATE THE UNITED STATES POSTAL SERVICE ON THIS DATE HEREOF TO THE PARTIES AS FOLLOW:

TO: THE UNITED STATES DISTRICT COURT
HONORABLE JUDGE SUE L. ROBINSON.
844 N. KING STREET LOCK BOX 18
WILMINGTON. DELAWARE 19801-3570

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE SUITE 2
GEORGETOWN. DELAWARE 19947

TO: MR. RALPH K. _____ DURSTEIN 111

DEPARTMENT OF JUSTICE 6th floor
820 N. FRENCH STREET
WILMINGTON. DELAWARE 19801

PROTHONOTARYS OFFICE
1 THE CIRCLE SUITE 2
GEORGETOWN, DELAWARE 19947

sSIGNATURE
MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL INSTITUTION
1181 PADDOCK ROAD
SMYRNA  DELAWARE 19977

IM: JEFFREY A. SIMMS
SBI# 198625 UNIT D-D-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson,
United States District Court
844 N. King Street Lock Box 18
Honorable Judge Thomas L. Ambro Federal Building
Wilmington, Delaware
19801-3570

US POSTAGE $00.60 JUL 25 2005 MAILED FROM ZIPCODE 19977