Civil action No. 04-941-SLR
No. 04-1205-SLR

July 21, 2005

In the United States District Court
of State of Delaware

To:
Honorable Judge Sue L. Robinson,
and U.S.D.C. Clerk, Peter T. Dalleo

Please be advised,

Your respond is needed in the above caption case.

Mr. Jeffrey Alonzo Simms # 198625
Delaware Correctional Institution
1181 Paddock Road
Wilmington, Delaware
19977

FILED
JUL 2 6 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

