IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF DELAWARE
*****************************************************************

MR. JEFFREY ALONZO SIMS
    V.  (PLAINTIFF)
      (DEFENDANTS)

MAJOR (RET.) R.L. HUGHES,
LT. COL. THOMAS F. MACLEISH,
COL. L. AARON CHAFFINCH
AND FURTHEREMORE:
MR. RALPH K. DURSTEIN III
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET 6th fld.
WILMINGTON, DELAWARE 19801.

  SECONE(DEFENDANTS)

MR. HARRY M. FREEMAN M.D. ORTHOPEDIC
SURGEON PH.D. 808 MIDDLEFORD ROAD
SEAFORD, DELAWARE 19973.
MS. DONNA BURNS DOCTOR- PH.D M.D.
(WORK PLACE) SUSSEX CORRECTIONAL
INSTITUTION P.O. BOX 500
GEORGETOWN, DELAWARE 19947.
R.L. HUGHES, FORMER MAJOR OF DELAWARE
STATE POLICE HOME ADDRESS-
P.O. BOX 8927 WILMINGTON, DELAWARE.
19801. HOME PHONE (302-654-7524)

CIVIL ACTION 04-941-SLR,
CIVIL ACTION 04-1205-SLR
DATE JULY 26-2005


FILED
AUG - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR SUMMARY REPORT
*****************************************************************

PURSUANT- TO: DEL.C.§§ 8807(h). MEDICAL PRACTICE SHALL FOLLOW PROCEDURES

1.a) MAY IT PLEASE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE TO: THE HONORABLE JUDGE SUE L. ROBINSON AND THE UNITED STATES DISTRICT COURT CLERK MR. PETER T. DALLEO

2.b) PLEASE BE ADVISED,( IN THIS JURISDICTION UNPROFESSIONAL CONDUCT AND FRAUDULENT ACTIVITY BY THE DEFENDANTS IN THIS CIVIL ACTION IS PROHIBITED BY FEDERAL AND STATE LAW ONE CAN DRAW INFERENCE FROM THE PLAINTIFF DOCUMENTS AND THE INVESTIGATION REPORT OF THE DEPARTMENT OF ADMINISTRATIVE SERVICES DIVISION OF PROFESSIONAL REGULATION CANNON BUILDING, SUITE 203 DOVER, DELAWARE 19904-2467 OFFICE (302-744-4500)

ESTABLISHED PURSUANT TO 24 DEL. C.§§ 1732

3.c) THE PLAINTIFF REQUEST THE HONORABLE JUDGE SUE L. ROBINSON AND THE UNITED STATES DISTRICT COURT CLERK MR. PETER T. DALLEO RELEASE THE ORDERS OF SUBPEONA ON THE DEFENDANTS SO THAT THE BURDEN OF COMPETENT EVIDENCE CAN REFLECH IT SELF

4.d) EXONERATE OF SENTENCE-CLAIMS.

Sincerely

MR. JEFFERY ALONZO SIMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

CIVIL ACTION NO:
04-941-SLR / 04-1205-SL

CERTIFICATE OF SERVICE

DATE JULY 26-2005

I, JEFFERY ALONZO SIMS #198625, HEREBY HAVE SENT THE TRUE AND CORRECT COPIES THREW COMMUNICATION AND A CONTACTED THE COURT U.S.D.C. CLERK, ON, JULY 26-2005 THREW WAY OF THE UNITED STATES POSTAL SERVICES AND SENT THE FOREGOING COPYS TO THE FOLLOWING ADDRESS:

MR. RALPH K. DURSTEIN 111
DEPARTMENT OF JUSTICE
820 n. FRENCH STREET 6th floor
WILMINGTON, DELAWARE 19801

(CLERK U.S.D.C. MR. PETER T. DALLEO)
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCK BOX 18
WILMINGTON, DELAWARE 19801-3570
(HONORABLE JUDGE SUE L. ROBINSON)

(CLERK U.S.D.C. MR. PETER T. DALLEO)

PROTHONOTARYS OFFICE
1 THE CIRCLE #SUITE 2
GEORGETOWN, DELAWARE 19947

(HONORABLE JUDGE RICHARD F. STOKES)
SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE SUITE 2
GEORGETWN, DELAWARE 19947

Sincerly

MR. JEFFERY ALONZO SIMS #198625
DELAWARE CORRECTIONAL INSTITUTION CENTER     DATE 26-2005
1181 PADDOCK ROAD
SMYRNA     19977



IM Jeffrey A. Simms
SBI# 198625 UNIT D-D-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street Lock Box 18
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware
19801-3570