IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION 04-941-SLR AND
CIVIL ACTION 04-1205-SLR

DATE 26-2005

NOTICE     OF     MOTION

FILED
AUG - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR STATEMENT OF CLAIMS AND SUMMARY,

OF INVESTIGATION HERETO :   Sincerely

THE HONORABLE JUDGE SUE L. ROBINSON AND MR. PETER T. DALLEO, U.S.D.C

JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTION CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977



IM Jeffrey A. Simms
SBI# 198 625 UNIT D-D-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street Lock Box 18
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware
19801-3570