IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
JEFFERY ALONZO SIMMS,           )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civ. No. 04-941-SLR
                                )
MAJOR R.L. HUGHES, LT. COL.     )
THOMAS F. MACLEISH, and COL.    )
L. AARON CHAFFINCH,             )
                                )
          Defendants.           )
```

O R D E R

At Wilmington this 1½ day of August, 2005, having considered plaintiff's motions for various relief;

IT IS ORDERED that:

1. Plaintiff's motions to amend/correct (D.I. 36, 40) in order to consolidate this action with another he filed are **denied**, there being insufficient reasons to join the actions.

2. Plaintiff's motions for hearings (D.I. 36, 47) are **denied**, there being no reason to change the dates in the court's scheduling order. (D.I. 32)

3. Plaintiff's motion to serve subpoenas on defendants (DI. 42) he intends to call as trial witnesses is premature, and **denied** without prejudice to renew.

4. Plaintiff's motion for emergency medical care and a trial date (D.I. 55) is **denied**, there being inadequate grounds for

relief.

5. Plaintiff is reminded that there is a scheduling order in place that directs when motions and responses are to be filed. (D.I. 32) **Repetitive requests for relief that the court has already determined are without merit and will not be accepted for docketing.**

                                                       _____
                                                       United States District Judge