# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Jeffrey Simms   SBI#: 196625

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: July 29, 2005

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of January 1, 2005 to June 30, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 6.31 |

Average daily balances/6 months: 3.86

Attachments
CC: File

Stacy Shane
7/29/05

## Individual Statement - No Transactions This Month

Date Printed: 7/29/2005  Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

# Individual Statement - No Transactions This Month

Date Printed: 7/29/2005  Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 7/29/2005                     Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 7/29/2005                  Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Individual Statement

Date Printed: 7/29/2005

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 5/13/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 106909 | | | |
| Medical | 5/25/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | 111629 | | 5/17/05 | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of June 2005

Date Printed: 7/29/2005    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/10/2005 | $25.00 | $0.00 | $0.00 | $25.00 | 118846 | 7628461007 | 5/17/05 | M SIMMS |
| Medical | 6/10/2005 | ($2.00) | $0.00 | $0.00 | $23.00 | 118975 | | | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($6.06) | $23.00 | 119644 | | DST/POSTAGE | |
| Canteen | 6/17/2005 | ($16.72) | $0.00 | $0.00 | $6.28 | 121430 | | | |
| Pay-To | 6/17/2005 | ($0.60) | $0.00 | $0.00 | $5.68 | 121696 | | DST/POSTAGE | |
| Pay-To | 6/17/2005 | ($0.60) | $0.00 | $0.00 | $5.08 | 121697 | | DST/POSTAGE | |
| Pay-To | 6/17/2005 | ($0.37) | $0.00 | $0.00 | $4.71 | 121698 | | | |
| Pay-To | 6/23/2005 | ($4.71) | $0.00 | ($1.35) | $0.00 | 124194 | | DST/POSTAGE | |

Ending Mth Balance: $0.00