OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 26, 2005

TO: Jeffery Alonzo Simms
SBI# 198625
DCC
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

*RE:* **Return of Documents; 04-941 and 04-1205(SLR)**

Dear Mr. Simms:

    The Clerk's Office is in receipt of the above referenced papers. The enclosed documents are being returned per DI 61 in 04-941 and DI 35 in 04-1205 because the filing is a repetitive request for a hearing.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson