IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE STATE OF DELAWARE
**********************************************************************

MR. JEFFERY ALONZO SIMMS #198625  
DELAWARE CORRECTIONAL CENTER  
1181 PADDOCK D ROAD  
SMYRNA, DELAWARE 19977  

CIVIL CASE NO. 04-941-SLR  
AND CIVIL NO 04-12-05-SLR  
PLEASE FILED  
SEPTEMBER 8-2005  

V.  
DEFENDANTS         MOTION FOR DEPOSITION 30(B)(6)  
AFFIDAVIT RULE #35 sec. 8  

HERETO ATTACHED THE AFFIDAVIT AND THE SET RULES
TO CONFIRM THE PLAINTIFF SET FORTH FOR THE DEFENDANTS TO COMPLY WITH

SIGNATURE OF

AFFIANT    MR. JEFFERY ALONZO SIMMS# 198625  
NOTARYS

PLEASE BE ADVISED OF THE FOLLOWING MOTION!



RECEIVED  
SEP 15 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE



I/M Jeffrey Simms
SBI# 198625 UNIT D-D-3 East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570