IN THE UNITED STATES DISTRICT COURT DISTRICT OF THE    STATE OF DELAWARE

MR.JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA , DELAWARE 19977

CIVIL ACTION,
DOCKET NO:
04 -1205-SLR,
04-941-SLR
PLEASE FILED
SEPTEMBER 8-2005
SEPTEMBER 8-2005

( PLAINTIFF )   TO: RESPONDENT IN CAPTION CASE

TO: THE HONORABL JUDGE SUE L. ROBINSON AND CLERK OF THE
UNITED STATES DISTRICT COURT OF THE STATE OF DELAWARE
844 N. KING STREET LOCK BOX 18  WILMINGTON,DELAWARE
19801 -3570

TO: THE HONORABL JUDGE RICHARD F. STOKES IN THE
SUPERIOR COURT FOR SUSSEXCOUNTY STATE OF DELAWARE
AND TO THE CLERK OF COURT,
AND TO: THE PROTHONOTARYS OFFICE 1 THE CIRCLE SUITE 2
GEORGETOWN, DELAWARE 19947 AND TO: THE ATTORNEY OF
THE DEFENDANTS MR.RALF K. DURSTEIN N  DURSTEIN OF THE
DEPARTMENT OF JUSTICE 820 N. FRENCH? STREET WILMINGTON
DELAWARE 19801  6 th fld.
M JANE BRADY DEPARTMENT OF JUSTICE 820 n. FRENCH STREET
WILMINGTON, DELAWARE 19801.

DEPARTMENT OF JUSTICE 114 E. MARKET STREET GEORGETOWN
DELAWARE 19947.

POVERTY AFFIDAVIT,
AN AFFIDAVIT MADE BY AN
INDICENT PRO SE, SEEKING
PUBLIC ASSISTANCE,
APPOINTMENT OF COUNSEL
WAIVER OF COURT FEES,
OR OTHER FREE PUBLIC
SERVICES. 28 USCA §1915

ALSO TERMED PAUPER S
AFFIDAVIT;IN FORMA PAUPERIS
AFFIDAVIT; IFP AFFIDAVIT.

RECEIVED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2427.CIVIL ACTION 9× (A) RELIEF AND RIGHT TO RELIEF

2310.    IN THE MATTER OF :    WRIT OF ERROR AND MOTION IN ARREST OF JUDGMENT
AND TO VACATE SENTENCE AN HEPETO AFFIDAVIT OF
THE MOVANT SAY;                   NOTICE .   SUPPLEMENTAL AFFIDAVIT

HERE COMES, NOW THE PRO SE IN THE CIVIL ACTION THE MR.JEFFERY ALONZO SIMMS
AND HAVE PETITION THE HONORABLE JUDGE RICHARD F. STOKES OF THE SUPERIOR COURT
FOR SUSSEX COUNTY THE STATE OF DELAWARE AFTER CONTACT OF THE ATTORNEY GENERAL
OF THE STATE OF DELAWARE AND THE COMMISSIONER OF CORRECTION ABOVE TITLE CASE
CONSTITUTIONALITY AND THE AFFIRMATIVE MISCONDUCT OF THE ARRESTING OFFICER
OF THE DELAWARE STATE POLICE TROOP 4 AND COMMANDING OFFICER AND NOW, THE
8th  AMENDMENT CRUEL AND UNUSUAL PUNISHMENTS BEING INFLICTED ACTING IN GOOD
FAITH ON THE ABOUT DATE AND YEAR SEPTEMBER 8-2005 I FILED FOR EMERGENCE RELIEF
FOR VIOLATE OF MY DUE PROCESS AND CLASSIFICATION HAVE CONTAIN OR EXPOSED THE
PRO, SE TO UNCONSTITUTIONAL TREATMENT AND SITUATIONS THATS UNBEAREABLE
PROLONGED SLEEP DEPRIVATION AND INCESSANT NOISE FURTHERMORE COLD,
AND DEPRIVATION OF MEDICAL CARE

SIGNATURE OF
AFFIDAVIT OF SERVICE      MR.JEFFERY ALONZO SIMMS #198625   DATE SEPTEMBER 8 62 2005
DELAWARE CORRECTIONAL CENTER              NOTARY SIGNATURE
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977    MR.JEFFERY ALONZO SIMMS
MOVANT

SEPTEMBER 8-2005

## Certificate of Service

I, Jeffery Alonzo Simms, hereby certify that I have served a true
and correct cop(ies) of the attached: AFFidaviT Supplemental
MoTion foR Judgement And Relief upon the following
parties/person (s):

TO: Department of Justice  TO: MR. Ralph K.
820 N. French Street  Durstein III  6th Flo).
Jane M Brady  Department of
302-577-8500  Justice 820 N.
Wilmington Delaware  French Street
19801  Wilmington Delaware 19801

TO: Honorable Judge  TO: Honorable Judge
Sue L. Robinson  Richard F. Stokes
United States District  Sussex County
Court 844 N King Street  Courthouse 1the circle
Lock Box 18  Suite 2 Georgetown
Wilmington Delaware 19881-3570  Deleware, 19947

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 8 day of September , 200 5



I/M Jeffrey Simms
SBI# 198625 UNIT D-D3East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570

WILMINGTON DE 198
PM
14 SEP
2005

USA