OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 21, 2005

TO: Jeffery Alonzo Simms
SBI# 198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

*RE:  Rejection of Motion for Appointment of Counsel; 04-941
and 04-1205(SLR)*

Dear Mr. Simms:

The Clerk's Office is in receipt of the above referenced papers. The motion for appointment of counsel is being returned per DI 35 in 04-1205 and DI 61 in 04-941 because it is a repetitive request for relief.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson