IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
(PLAINTIFF)

V.

(DEFENDANT)

CIVIL ACTION CASE: 04-941-SLR
AND CIVIL ACTION 04-1205-SLR

SEPTEMBER 20-2005

PLEASE FILED AND RESPOND AT THE EARLIEST EFFECTIVE DATE

DEFENDANTS ATTORNEY
MR. RALPH K. DURSTEIN fff
DEPARTMENT OF JUSTICE 6th FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

M JANE BRADY STATE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DELAWARE
19801


RECEIVED SEP 22 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

MOTION FOR PROTECTIVE ORDER

IN THE UNITED STATES SUPREME COURT, THE SUPREME LAW OF THE LAND. THE UNITED STATES CONSTITUTION,. THE COURT HAS DETERMINED THAT MOST OF THE CONSTITUTIONAL RIGHTS CONTAINED IN THE BILL OF RIGHTS SURVIVE INCARCERATION, ALBEIT IN A DIMINSHED STATE. FIRST AMENDMENT RIGTHS TO FREE SPEECH AND THE FREE EXERCISE OF RELIGION, THE EIGHTH AMENDMENT RIGHT TO BE FREE OF CRUEL AND INHUMANE PUNISHMENT, THE RIGHT NOT TO BE DEPRIVED OF A LIBERTY INTEREST WITHOUT DUE PROCESS, THE RIGTH TO PETITION COURTS FOR RELIEF, AND THE RIGHT TO BE PROTECTED FROM DISCRIMINATION ARE ALL EXAMPLES OF CONSTITUTIONAL RIGHTS THAT THE COURT HAS HELD ARE AVAILABLE TO PRISONER.

SIGNATURE OF MOVANT, _____
PRO SE, AND MOVANT MR. JEFFERY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: THE HONORABLE JUDGE
SUE L. ROBINSON,
THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
DELAWARE 19801-3570
HONORABLE JUDGE RICHARD F. STOKES
SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947

DEPARTMENT OF JUSTICE (MELANIE WITHERS)
114 E. MARKET STREET
GEROGETOWN, DELAWARE 19947

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

  (PLAINTIFF)
    V.
  (DEFENDANT)

CIVIL ACTION CASE: 04-941-SLR
AND CIVIL ACTION 04-1205-SLR

SEPTEMBER 20-2005

PLEASE FILED, AND RESPOND AT THE EARLIEST EFFECTIVE DATE

ORDER

IT IS HEREBY ORDER, THIS _____ DAY OF _____, 2005 _____ THAT THE ATTACHED MOTION FOR _____

HAS BEEN READ AND CONSIDERED.
    IT IS ORDERED THAT THE MOTION IS HEREBY GRANTED OR DENIED AND OR IT IS FURTHER ORDER THAT _____

ORDER BY THE HONORABLE JUDGE _____

RESPONDENT THE HONORABLE JUDGE SUE L. ROBINSON
AND THE CLERK OF THE COURT MR. PETER T. DALLEO
UNITED STATES DISTRICT COURT 844 N. KING STREET LOCK BOX 18 WILMINGTON, DELAWARE 19801-3570

SIGNATURE OF MOVANT, _____
PRO SE, AND MOVANT MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER

SINCERLEY,
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Jeffrey Simms
BI# 198625 UNIT D-D-3East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street Lock Box 18
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware 19801-3570