IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

SEPTEMBER 20-2005

ORIGINAL

NOTICE OF MOTION



PRO SE, MR. JEFFERY ALONZO SIMMS

RECEIVED
SEP 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

