IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

( PLAINTIFF)

V.
(DEFENDANT)

DEFENDANTS ATTORNEY
MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DELAWARE
19801

M. JANE BRADY
DEPARTMENT OF JUSTICE
820 N. FRECH STREET
WILMINGTON, DELAWARE
19801

CIVIL ACTION  CASE 04-941-SLR
AND CIVIL ACTION 04-1205-SLR
POVERTY  AFFIDAVIT, AN AFFIDAVIT
MADE BY AN INDIGENT PERSON SEEKING
PUBLIC ASSISTANCE, APPOINTMENT OF COUNSEL;
WAIVER OF COURT FEES, OR OTHER FREE
PUBLIC SERVICES. 28 USCA § 1915.
ALSO TERMED PAUPERS AFFIDAVIT: IN FORMA
PAUPERIS AFFIDAVIT: I.F.P. AFFIDAVIT.
SEPTEMBER 20-2005
PLEASE FILE A HEARING AT THE EARLIEST
EFFECTIVE DATE, AND A GRANT A PUBLIC
DEFENDER FFR TRIAL AND EMERGENCEY HEARNING



U.S.C.A  35 SEC B
   CODE11                SUPPLEMENTAL AFFIDAVIT

1.) TO SUPPLY ADDITION FACTS BY THE DECLARANT TO SAY: HAVE AND NOW BEING
    DEPRIVED OF MEDICAL TREATMENT AND INHUMANE PUNISHMENT, SEEK
    RELIEF AND PROTECTION FROM CRUELTIES IN THE DEPARTMENT OF CORRECTION

AFFIDAVIT SIGNATURE,
SINCERLY,                MR. JEFFERY ALONZO SIMMS #198625
                         DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
                         SMYRNA, DELAWARE 19977

TO: THE HONORABLE
JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT CIO COURT
844 N. KING STREET LOCK BOX 18
WILMINGTON DELAWARE 19801-3570
  U.S.D.C. MR. PETER T. DALLEO



Jeffrey Simms
SBI# 198625 UNIT D-D-3 East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street Lock Box 18
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware 19801-3570