IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-941-SLR |
| ) | |
| MAJOR R.L. HUGHES, LT. COL. ) | |
| THOMAS F. MACLEISH, and COL. ) | |
| L. AARON CHAFFINCH, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 16th day of November, 2005, having considered plaintiff's unopposed motions;

IT IS ORDERED that:

1. Plaintiff's motions for: (1) summary report (D.I. 60); (2) depositions (D.I. 68); and (3) protective order (D.I. 70) are denied without prejudice to renew after **December 16, 2005.**

2. Defendants shall provide all documentation related to the claims in plaintiff's complaint, including but not limited to: disciplinary reports, medical records and institutional records, by **Friday, December 16, 2005.**

3. The summary judgment motion schedule is revised as follows: all summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **Tuesday, January 3, 2006.** Answering briefs and

affidavits, if any, shall be filed on or before **Friday, February 3, 2006.** Reply briefs shall be filed on or before **Friday, February 17, 2006.**

    4.   **Failure of defendants to submit discovery will result in judgment being entered for plaintiff.**

                                              _____
                                              United States District Judge