IN THE UNITED STATES DISTRICTED COURT FOR THE DISTRICT OF DELAWARE

```
MR.JEFFERY ALONZO SIMMS #198625          CIVIL ACTION CASE 04-1205-SLR
DELAWARE CORRECTIONAL CENTER             CIVIL ACTION CASE 04-941-SLR
1181 PADDOCK ROAD
SMYRNA,DELAWARE 19977    (PLAINTIFF )    PLEASE FILED AT THE EARLIES
           VS.                           POSSIBLE DATE EFFECTIVELY
                         (DEFENDANT )    AS DATED SINCERLY.

DEFENDANTS ATTORNEY                        UNITED STATES ARIZONA 1995.
MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTICE 6th floor          ARIZONA V. EVANS, 115 S. CT.
  820 N. FRENCH STREET                   1185,514 UNITED STATES 1,131
WILMINGTON,DELAWARE 19801                L.ED.2d 34.

M. JANE BRADY STATE ATTORNEY GENERAL     U.S.CA     U.S.C.A. CONST.
DEPARTMENT OF JUSTICE                       AMEND. 4.
820. N. FRENCH STREET
WILMINGTON,DELAWARE 19801                NOVEMBER 15-2005 DATED
```

MOTION AND TO FORWARD OF THE UNITED STATES MARSHALS SERVICE FORM AND SERVE WRIT ON DEFENDANT AND NOTICE OF ACKNOWLEGEMENT OF PROCESS

HERE COMES THE PLAINTIFF,MR.JEFFERY ALONZO SIMMS IN THE ABOVE CAPTION CASE 04-1205-SLR AND CIVIL ACTION CASE 04-941-SLR TO THE HONORABLE JUDGE SUE L. ROBINSON OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF WILMINGTON DELAWARE AND MR. PETER T. DALLEO CLERK OF THE COURT,

1.A)    PLEASE BE ADVISED? HERE IS THE ADRESS OF THE PARTYS HEALTH CARE PROVIDER IN THE ABOVE CAPTION CASE CONTRACTED (THE TUCSON? , ARIZ., BASED FIRST CORRECTIONAL MEDICAL, A PRIVATE HEALTH CARE PROVIDER.

PLEASE PROCESS CIVIL CASE 04-1205-SLR AND 04-941-SLR SINCERLEY
MOVANT,PRO,SE    MR.JEFFERY ALONZO SIMMS 198625
                 DELAWARE CORRECTIONAL CENTER
                 1181 PADDOCK ROAD               ENTER THE APPEARANCE OF
                 SMYRNA,DELAWARE 19977           MR.JEFFERY ALONZO SIMMS IN THE
                                                 ABOVE CAPTION CASE,SINCERLY,

HOME PHONE 754-7760
MOTHER MARIE SIMMS

FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeffrey Alonzo Simms | 04-1205-SLR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M.D. Harry M. Freeman | Civil |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Orthopedic-Surgery M.D. Harry M. Freeman

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

808 Middleford Road Seaford, Delaware 19973

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Jeffrey Alonzo Simms
S.B.I # 198625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Office 302-629-5501

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

*Jeffrey Alonzo Simms*

TELEPHONE NUMBER: 410-754-7760
DATE: August 18, 2005

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: bf
Date: 8-25-05

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/13/05
Time: am/pm
Signature of U.S. Marshal or Deputy: bk

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

**REMARKS:** Waiver returned

NOTE

PRIOR EDITIONS MAY BE USED — 3. NOTICE OF SERVICE — FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JEFFREY ALONZO SIMMS | 04-1205-SLR |
| DEFENDANT | TYPE OF PROCESS |
| MAJOR R.L. HUGES | CIVIL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ DELAWARE STATE POLICE MAJOR R.L. HUGES
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 1441 N. DUPONT HIGHWAY DOVER DELAWARE 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. JEFFREY ALONZO SIMMS
S.B.I. # 172625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

ASSOCIATE MAJOR R.L. HUGES
DELAWARE STATE POLICE
P.O. BOX 430
DOVER, DELAWARE 19903
OFFICE 302-739-5900

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Jeffrey Alonzo Simms
TELEPHONE NUMBER: 410-754-7760
DATE: August 18, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

Date of Service: 10/7/05

REMARKS: Waiver returned

3. NOTICE OF SERVICE

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: JEFFREY ALONZO SIMMS | COURT CASE NUMBER: 04-1205-SLR |
| DEFENDANT: JANE M BRADY | TYPE OF PROCESS: CIVIL |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DEPARTMENT OF JUSTICE JANE M BRADY A.G.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 820 N. FRENCH STREET WILMINGTON DELAWARE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. JEFFREY ALONZO SIMMS
S.B.I # 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Number of process to be served with this Form - 285: 4
Number of parties to be served in this case: 4
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

302-577-8500

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Jeffrey alonzo Simms
TELEPHONE NUMBER: 410-754-7766
DATE: August 13, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 8/25/05

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Keith Brady

Date of Service: 8/31/05    Time: 10:30 am

Signature of U.S. Marshal or Deputy: SF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>JEFFREY ALONZO SIMMS | COURT CASE NUMBER<br>04-1205-SLR |
|---|---|
| DEFENDANT<br>DR. DONNA BURNS | TYPE OF PROCESS<br>CIVIL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SUSSEX CORRECTIONAL INSTITUTION DOCTOR C.M.M.C. DONNA BURNS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 500 19947
SUSSEX CORRECTIONAL INSTITUTION GEORGETOWN DEL.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR. JEFFREY ALONZO SIMMS
S.B.I. # 192625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DOCTOR, DONNA BURNS (WORK PLACE)
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 DUPONT HIGHWAY
GEORGETOWN, DELAWARE 19947. (INSURANCE COMPANY CMMC)

Signature of Attorney or other Originator requesting service on behalf of: Jeffrey Alonzo Simms
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 410-754-7160
DATE: AUGUST 18, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Signature of Authorized USMS Deputy or Clerk: BF
Date: 8-25

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 8/31/05

Signature of U.S. Marshal or Deputy: SK

REMARKS: Waiver returned



INMATE Jeffrey Simms
SBI# 198625 UNIT MHU-3 East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

United States District Court
844 N. King Street Lock Box 18
Honorable Judge Thomas L. Ambro Federal Building
Wilmington, Delaware
19801-3570