## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JEFFERY ALONZO SIMMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   C. A. No. 04-941-SLR |
| | ) |
| **MAJOR R.L. HUGHES,** | ) |
| **LT. COL. THOMAS F. MACLEISH,** | ) |
| **and COL. L. AARON CHAFFINCH,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANTS' SECOND SUPPLEMENTATION
### OF INITIAL DISCLOSURES
### PURSUANT TO FED. R. CIV. P. 26(e)

Pursuant to Fed. R. Civ. P. 26(e), the Defendants make the following supplementary disclosures pursuant to the Court's discovery Order dated November 16, 2005:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

    Detective Douglas Hudson
    Delaware State Police Troop #4
    23652 Shortly Road
    Georgetown, DE 19947
    (302) 856-5850

    Cpl. Truitt
    Delaware State Police Troop #4
    23652 Shortly Road
    Georgetown, DE 19947
    (302) 856-5850

Trooper Workman
Delaware State Police Troop #4
23652 Shortly Road
Georgetown, DE 19947
(302) 856-5850

Tfc. Wright
Delaware State Police Troop #4
23652 Shortly Road
Georgetown, DE 19947
(302) 856-5850

Trooper Perry
Delaware State Police Troop #4
23652 Shortly Road
Georgetown, DE 19947
(302) 856-5850

Trooper Keller
Delaware State Police Troop #4
23652 Shortly Road
Georgetown, DE 19947
(302) 856-5850

Corporal Smith
Delaware State Police Troop #4
23652 Shortly Road
Georgetown, DE 19947
(302) 856-5850

Cpl. Mullarkey
Delaware State Police Troop #5
16359 Sussex Highway
Bridgeville, DE 19933
(302) 337-1090

Cpl. Debbie Jester
Delaware State Police Troop #5
16359 Sussex Highway
Bridgeville, DE 19933
(302) 337-1090

Det. Troublefield
Delaware State Police Troop #5
16359 Sussex Highway
Bridgeville, DE 19933

Ms. Lucille Howell
33 Laverty Lane
Bridgeville, DE 19933

Ms. Martha M. Reid
33 Laverty Lane
Bridgeville, DE 19933

Mr. Dion D. Reed
33 Laverty Lane
Bridgeville, DE 19933

Cpl. Manuszak
Bridgeville Police Department
Bridgeville, DE

Trooper S. Keller
Delaware State Police Troop #5
16359 Sussex Highway
Bridgeville, DE 19933
(302) 337-1090


2. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to supports its claims or defenses, unless solely for impeachment.

**Produced:** Copies of police incident reports regarding the plaintiff's arrest on July 22, 2002 for Burglary and Assault. Copies of Department of Corrections institutional, medical, and disciplinary records reflecting the custody of the plaintiff subsequent to his arrest. **Note** that the name of the burglary victim has been redacted, for her protection.

**Physical Evidence:**
a. cast iron frying pan
b. kitchen knife
c. photograph of broke window [point of entry]
d. photograph of knife in kitchen sink
e. silver chain wrapped in a plastic bag
f. audio tape of victim interview [Martha Reid]
g. audio tape of victim interview [Dion Reid]
h. narrated 8mm video tape of the burglary scene [exterior and interior of residence]

      i. audio tape of witness interview [Lucille Howell]
      j. audio tape of suspect interview [Jeffrey O. Simms]
      k. 10 polaroid photographs of crime scene
      l. 24 exposures [35mm film] of crime scene
      m. torn nightgown

                                                                                  _____
                                                                                  /s/ Ralph K. Durstein III (ID# 912)
                                                                                  Deputy Attorney General
                                                                                  820 N. French Street
                                                                                  Wilmington, DE 19801
                                                                                 (302)577-8510
Dated: December 15, 2005                                 Ralph.Durstein@state.de.us

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 15, 2005, I electronically filed Initial Disclosures pursuant to Rule 26 with the Clerk of the Court using CM/ECF, and, on April 6, 2005, have sent a copy of such filing by first class mail to the following:

 Mr. Jeffrey Alonzo Simms
 Post Office Box 500
 Sussex Correctional Institution
 Georgetown, DE 19947

             /s/ Ralph K. Durstein III
             Department of Justice
             State of Delaware
             820 N. French Street
             Wilmington, DE 19801
             (302) 577-8510
             ralph.durstein@state.de.us