UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

    I hereby certify that on December 15, 2005, I electronically filed Initial Disclosures pursuant to Rule 26 with the Clerk of the Court using CM/ECF, and, on December 15, 2005, have sent a copy of such filing by first class mail to the following:

Jeffery Alonzo Simms
SBI# 198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

    /s/ Ralph K. Durstein III
    Department of Justice
    State of Delaware
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8510
    ralph.durstein@state.de.us