IN THE UNITED STATES DISTRIC COURT FOR THE DISTRICT OF DELAWARE

---

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977
(PLAINTIFF)

V.

(DEFENDANT)

MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTIC 8th FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL ACTION CASE 04-941-SLR
AND CIVIL ACTION 04-1205-SLR

JANUARY 3-2006

---

STATE ATTORNEY GENERAL KEITH BRADY
DEPARTMENT OF JUSTIC
820 N. FRENCH STREET
WILMINGTON DELAWARE 19802

MOTION MEDICAL TREATMENT-IN AND WHILE IN A STATE PRISON

---

FEDERAL CODE 3041 . A

1. EXHIBIT    UNABLE TO WORK
AND LACK OF MEDICAL CARE
TO: THE HONORABL JUDGE SUE L. ROBINSON
AND CLEK CLERK OF THE COURT MR. PETER T. DALLEO
UNITED STATES DISTRICT COURT 844 N. KING STREET LOCK BOX 18
WILMINGTON DELAWARE 19801-3570

JEFFERY ALONZO SIMMS #198625
DELAWAEV CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DEAL DELAWARE 19810

RECEIVED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MR. JEFFREY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

---

TO WHOM IT CONCERN,

PLEASE BE ADVISED, I JEFFREY ALONZO SIMMS: HEREBY RESIGN AS A KITCHEN WORKER AT DELAWARE CORRECTIONAL CENTER MAIN KITCHEN TO ALL DEPARTMENT HEADS AND SUPERVISOR MS. MORRIS AS OF THE DATE HEREOF DATED IN THIS DOCUMENT

SINCERLEY,

MR. JEFFREY ALONZO SIMMS #198625
D-3-EAST

JUDGE SUE L. ROBINSON
AND CLASSIFICATION:

January 3-2006

