IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

MR. JEFFERY ALONZO SIMMS  
(PLAINTIFF)

**ORIGINAL**

(DEFENDANT)  
MR. DAN BURGER ATTORNEY GENERAL  
MR. RALPH K. DURSTEIN DEPARTMENT OF JUSTIC  
820. N. FRENCH STREET  
WILMINGTON, DELAWARE 19801

CIVIL ACTION CASE. 04-941-SLR  
AND CASE : 04-1205-SLR  
DATED FEBRUARY 9-2006



FILED  
FEB 13 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

FEDERAL CODE  
7 B 38  
    MOTION    FEDERAL CIVIL PROCEDURE  
    APPEARANCE §§ 6, 13, 18-19, 21-22, 24, 30, 34, 39, 53.

1.a)  IN THE HONORABLE COURT, PLEASE BE ADVISED IN THE MOTION HEREOF

IN THE UNITED STATES DISTRICT COURT, TO THE HONORABLE JUUDGE SUE L. ROBINSON AND TO THE HONORABLE CLERK PETER T. DALLEO, MR. SIMMS COMES TO THE COURT ON FEBRUARY 9-2006 WITH THE FEDERAL CIVIL PROCEDURE IN THE ABOVE CAPTION CASE, IN RESPONDS, THE FEBRUARY 16-2006; COURT DATE IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE 19801-3570  MAY IT PLEASE THE COURT THE PLAINTIFF HAVE A EFFECTIVE FILING DATE AND REQUEST APPEARANCE IN THE ABOVE MOTION CIVIL ACTION; MONTGOMERY V. PINCHAK, 294 F. 3d 492 (3d CIR. 2002) GINEST V. BOARD OF COUNTY COM, rs. OF CARBON COUNTY? , 333 F. SUPP. 2d 1190 (D. WYO. 2004)

2.b)  HERE ATTACH THE CERTIFICATE OF SERVICE ON THE AFFIX DATED APPEARANCE MOTION AND ITS ACKNOWLEDGMENT HEREOF

MOVANT, MR. JEFFERY A. SIMMS # S.B.I. 198625  
DELAWARE CORRECTIONAL CENTER  
1181 PADDOCK ROAD  
SMYRNA DELAWARE 19977

CIVIL ACTION CASE: 04-941-SLR AND
CIVIL ACTION 04-1205-SLR

CERTIFICATE OF SERVICE

I, JEFFERY A. SIMMS, HEREBY CERTIFY ON FEBRUARY 9-2006 HAVE SENT TRUE COPIES TO ALL PARTIES ON THE AFFIX DATE HERETO AND NAMES HEREOF: THREW UNITED STATES POSTAL SERVICE.

THE DEFENDANTS ATTORNEY
MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTICE 6th FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

HONORABLE JUDGE SUE L. ROBINSON
THE UNITED STATES DISTRICT COURT
WILMINGTON DELAWARE
LOCK BOX 18 844 KING STREET
WILMINGTON DELAWARE 19801-3570
( CLERK MR. PETER T. DALLEO OF
THE UNITED STATES DISTRICT COURT
OF WILMINGTON DELAWARE 19801 35-70

THE ATTORNEY GENERAL
DAN BURGER
DEPARTMENT OF JUSTIC
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

MOVANT,
MR. JEFFERY ALONZO SIMMS S.B.I. 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



I/M Jeffrey Simms
SBI# 198625 UNIT D:A-3 East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
Office of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570