IN THE UNITED STATES DISTRICT COURT THE DISTRICT OF WILMINGTON DELAWARE

TO. THE HONORABLE COURT THE HONORABLE JUDGE SUE L. ROBINSON, AND THE CLERK MR. PETER T. DALLEO I HAVE FILE A MOTION FOR APPEARANCE IN THE CIVIL ACTION CASE 04-941-SLR AND CIVIL CASE:04-1205-SLR UNDER FEDERAL LAW AND FEDERAL RULES THE MOTION IS REQUESTED,

ALSO, PLEASE BE ADVISED,    PLEASE RESPONSE IS NEEDED

ORIGINAL

SINCERELY,

MOVANT,
MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD, SMYRNA 19977

TO: THE HONORABLE JUDGE SUE L. ROBINSON
    LOCK BOX 18 844 KING STREET
    UNITED STATES DISTRICT COURT
WILMINGTON DELAWARE 19801-3570



FILED
FEB 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I AM Jeffrey Simms
SBI# 198625 UNIT D-A-3East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Such. Adrian
Office of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570