IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

---

MR.JEFFREY ALONZO SIMMS #198625

(PLAINTIFF)

VS.

(DEFENDANTS)
ATTORNEY MR.RALF K. DURSTEIN III (DEPARTMENT OF JUSTICE
ATTORNEYS FOR THE DEFENDANTS:
ATTORNEY GENERAL; MR. CARL DAN RUURCE
AND DOCTOR DONNA BURNS DEPARTMENT OF CORRECTION
OF THE STATE OF DELAWARE
AND ASSOCIATE AND FORMER STATE POLICE OF DELAWARE
COMMANDER AND CHIEF COL. L. AARON CHAFFINCH
AND LT. COL. THOMAS F. MACLEISH AND
MAJOR P.L. HUGHES OF THE DELAWARE STATES POLICE
MR.HARRY M. FREEMAN M.D. SURGERY ORTHOPEDIC
808 MIDDLEFORD ROAD SEAFORD DELAWARE 19973
PHONE NUMBER 302-629-5501

CIVIL ACTION CASE NO:04-1205slr

PLEASE FILED

MAY 1-2006

RECEIVED MAY -1 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PETITION
## FAIRNESS HEARING

---

1. A) PLEASE BE ADVISED TO: THE HONORABLE JUDGE SUE L. ROPINSON
   AND THE U.S.DC. CLERK MR. PETER T. DALLEO:
   UNITED STATES DISTRICT COURT LOCK BOX 18 844
   KING STREET WILMINGTON DELAWARE 19801-3570

2. B) PLEASE REVIEW THE RECORDS IN THE SUBJECT MATTER:
   DATED APRIL 11-2006,
   SINCERY,

PETITIONER _____
MR.JEFFREY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

| | |
|---|---|
| MR. JEFFREY ALONZO SIMMS<br>(PLAINTIFF)<br>VS<br>(DEFENDANTS)<br>ATTORNEYS FOR THE DEFENDANTS:<br>AND CO-COUNSEL<br>ATTORNEY GENERAL MR. CARL DAN BURGE<br>OF THE STATE OF DELAWARE:<br>MR. HARRY M. FREEMAN M.D. SURGERY ORTHOPEDIC<br>SEAFORD DELAWARE: AND CIVIL ACTION CASE;<br>CO-EXIST MS. DONNA BURS DEPARTMENT OF CORRECTIONS<br>STATE OF DELAWARE.<br>AND ASSOCIATE AND FORMER STATE POLICE OF DELAWARE<br>COMMANDER AND CHIEF COL. L. AARON CHAFFINCH<br>AND LT. COL. THOMAS F. MACLEISH AND<br>MAJOR P.L. HUGHES OF THE DELAWARE STATE POLICE | CIVIL ACTION CASE:<br>04-1205-SLR<br><br>DATED APRIL 11-2006 |

§§ 968,1165,1166.        FAIRNESS    HEARING

   IN THE ACCORDANCE WITH DUE PROCESS AND JUDICIAL AND
CONSTITUTIONAL LAW OF THE UNITED STATES IN THE ABOVE CAPTION CASE
CIVIL ACTION:

   PLEASE BE ADVISED TO THE HONORABLE JUDGE SUE L. ROBINSON:
AND CLERK OF THE COURT MR. PETER T. DALLEO,

   MAY IT PLEASE THE COURT THE PLAINTIFF REQUEST A FAIRNESS HEARING
AT THE FOLLOWING LOCATION TO BE HELD BEFORE THE HONORABLE SUE L. ROBINSON
IN MAIN COURT ROOM AT THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
WILMINGTON DELAWARE LOCK BOX 18 844 KING STREET ON APRIL 25,2006,10;00am.
(THE"FAIRNESS HEARING"), TO DETERMINE WHETHER THE PROPOSED SETTLEMENT IS FAIR,
ADEQUACY OR ADEQUATE AND REASONABLE AND SHOULD BE APPROVE; AND WHETHER
AN AWARD OF COUNSEL FEES, COST, AND CLAIM UPGRADED JURISDICTIONAL AMOUNT IN
EQUITY, AND RECOVERY OF MORE THAN 75,000, THE PLAINTIFF INITIALLY SEEKS THE
UETIMATELY RECOVERS THE CLAIMANT HAVE PROVE AMOUNT BY PREPONDERANCE OF EVIDENC
EVIDENCE INTERVENING THE PLAINTIFF BEARS BURDEN OF ESTABLE ESTABLISHING
SUBJECT MATTER JURISDICTION THE PLAINTIFF'S ACTUALLY ENTITLED TO SUCH A-
MOUNT AND OF RELIEF ON THE MERITS WOULD BE GRANTED WITH FEDERAL JURISDICTION
JURISDICTION IN GOOD FAITH CLAIM.

PETITIONER,MOVANT   MR. JEFFREY ALONZO SIMMS s.b.i. # 198625
                    DELAWARE CORRECTIONAL CENTER
                    1181 PADDOCK ROAD
                    SMYRNA DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

---

CIVIL ACTION NO.04-1205-slr
DATED APRIL 11-2006

## CERTIFICATE OF SERVICE

I, MR.JEFFREY ALONZO SIMMS ,       HEREBY SENT TRUE COPIES THREW
                                    (ON APRIL 11-2006 FIRST CLASS MAIL)

THE UNITED STATES POSTAL SERVICE AND CONTACTED ALL PARTIES
THREW THE UNITED STATES POSTAL SERVICE IN THE ABOVE CIVIL ACTION CASE
SINCERLEY,

YOU MAY, BUT ARE NOT REQUIRED TO ATTEND THE FAIRNESS HEARING

DEPARTMENT OF JUSTICE

ATTORNEY GENERAL:
MR. CARL DAN BURGE

820 N.FRENCH STREET
WILMINGTON, DELAWARE 19801

SUPERIOR COURT OF SUSSEX COUNTY
HONORABLE JUDGE RICHARD STOKES
P.O. BOX 756
GEORGETOWN, DELAWARE 19947

( CASE NO;0207014771 )

DEPUTY ATTORNEY GENERAL
MS.MELANIE WITHERS
DEPARTMENT OF JUSTICE
114 E MARKET STREET
GEORGETOWN,DELAWARE 19947

PETITIONER.MOVANT

PROTHONTARY OFFICE OF SUSSEX COUNTY
P.O. BOX 756
GEORGETOWN,DELAWARE 19947

MR.MARK D. COLLINS (NO.2981)
MR.JASON MADRON (NO.4431)
MR.RICHARDS,LAYTON AN FINGER, P.A.
ONE RODNEY SQUARE
P.O.BOX 551
WILMINGTON,DELAWARE 19899
(302) 651-7700

UNITED STATES DISTRICT COURT
HONORABLE JUDGE SUE L. ROBINSON
MR. PETER T. DALLEO CLERK U.S.D.C.
LOCK BOX 18  844
KING STREET
WILMINGTON DELAWARE 19801-3570
302-573-6170

MR.JEFFREY ALONZO SIMMS S.B.I. 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977
HOME PHONE 302 658-4919
(MS.MARLENE )

Mr. Jeffrey A Simms #198625
Delaware Correctional Center
1181 paddock Road
Smyrna, Delaware
19977

United States District Court
of Wilmington Delaware
Honorable Chief Judge Sue L. Robinson
Clerk Mr. peter T. Dalleo
Lock Box 18    844 King Street
Wilmington, Delaware 19801-3570.