IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

MR. JEFFREY ALONZO SIMMS
  (PLAINTIFF)

VS
  (DEFENDANTS)

CIVIL ACTION 04-1205 SLR
MAY 18 -2006
MAY 18-2006

PLEASE FILED

ATTORNEYS FOR THE DEFENDANTS:
AND COUNSEL  ATTORNEY GENERAL MR. DANBURGER CARL,
OF THE STATE OF DELAWARE,
AND THE DEPARTMENT OF CORRECTION OF DELAWARE
MS. DONNA ROBTHER BURNS
AND MR. HARRY FREEMAN

AND ASSOCIATE  STATE POLICE OF DELAWARE
  COMMANDER  AND CHIEF CHIEF COL. L. AARON
CHAFFINCH AND LT. COL. THOMAS F. MACLEISH AND
MAJOR R.L. HUGHES OF THE DELAWARE STATE POLICE

SSSSSS
SSSSSS 3184      PURPOSE      MOTION
CODE             OF REVIEW PARTICULAR PENAL SANCTIONS AND ARTIFICE

MAY IT PLEASE THE COURT THE PLAINTIFF ENTERED A PURPOSE MOTION

PLEASE BE ADVISED THE DEFENDANTS IN THE ABOVE CAPTION CASE,
04-1205 SLR AND IN HABEAS CORPUS PROCEEDINGS THE PLAINTIFF REQUEST THAT THE
HONORABLE JUDGE SUE L. ROBINSON 1.) A SECURE THE MOVANT RELEASE FROM
EXTRADITION AND FORGERY COMMITTED BY THE DEFENDANTS AND DENIAL OF MEDICAL
TREATMENT WHILE IN A STATE PRISON,
    2.) B. CERTIFICATION OF RECORD, PRACTICE AND PROCEDURE
ON EXTRADITION, UNDER THIS SECTION, DUY DUTY TO CERTIFY RECORD
TO STATE DEPARTMENT FALLS NOT UPON PARTIES BUT UPON EXTRADITING MAGISTRATE
IN RE U.S., C.A. 5 (TEX.) 91-1983, 713 f.2D 105.
THIS MOTION IS HEREBY TRUE AND CORRECT UNDER PERJURY OF LAW
                          ,UNDER PENILTY OF PERJURY
MR. JEFFREY ALONZO SIMMS #9
                           #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977   410-754-7760

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

---

CIVIL ACTION CASE 04-1205-SLR
DATED MAY 18-2006

CERTIFICATE                          OF                          SERVICE

I, MR. JEFFREY ALONZO SIMMS,     HEREBY SENT TRUE COPIES THREW,
THE UNITED STATES POSTAL SERVICE ON MAY 18-2006 FIRST CLASS MAIL
AND CONTACTED ALL PARTIES IN THE ABOVE CIVIL ACTION CASE 04-1205-SLR
                          SINCERLEY,

MR. RALPH K. DURSTEIN III
DEPARTMENT     OF     JUSTICE
      820    n.
FRENCH    STREET    6th FLOOR
WILMINGTON DELAWARE 19801

SUPERIOR COURT OF SUSSEX COUNTY
HONORABLE JUDGE RICHARD STOKES
P.O. BOX 756
GEORGETOWN, DELAWARE 19947
  (CRIMNAL CASE )@
( 0207014771    CASE COURT )

   DEPUTY ATTORNEY GENERAL
MS. MELANIE WITHERS
   DEPARTMENT    OF    JUSTICE
   114 E. MARKET STREET
GEORGETOWN, DELAWARE 19947

UNITED STATES DISTRICT COURT OF DEL.
THE HONORABLE JUDGE SUE L. ROBINSON
AND CLERK MR. PETER T. DALLEO U.S.D.C.
LOCK BOX 18 844
KING STREET
WILMINGTON, DELAWARE 19801-3570

ATTORNEY GENERAL
MR. CARL DANBURGER
   820 N. FRENCH STREET 19801
WILMINGTON, DELAWARE 19801

PROTHONTARY OFFICE OF SUSSEX COUNTY
P.O. BOX 756
GEORGETOWN, DELAWARE 19947

MR. JEFFREY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
410-754-7760



I/M JEFFREY Simms
SBI# 198625  UNIT W-1-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
Mr. Peter T. Dalleo
United States District Court of Wilmington
Honorable Judge Sue L. Robinson
Lock Box 18  844 N. King Street
Wilmington, Delaware 19801-3570