IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF DELAWARE

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

   (PLAINTIFF)

CIVIL ACTION 04-1205-SLR
DATE JUNE 6-2006

VS.

   (DEFENDANTS)
DELAWARE STATE POLICE:
COMMANDER AND CHIEF COL. L. AARON,
CHAFFINCH AND LT. COL. THOMAS F. MACLEISH
AND FORMER ASSOCIATE CHIEF MAJOR R.L. HUGHES
   DEPARTMENT OF CORRECTION FOR THE STATE OF DELAWARE
M.D. DOCTOR MS. DONNA REBERTHER BURNS CHIEF OF STAFF
   ASSOCIATE ORTHOPEDIC SURGERY M.D. MR. HARRY FREEMAN
808 MIDDLE ROAD SEAFORD DELAWARE 19973



FILED
JUN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

PETITION- FOR THE UNITED STATES DISTRICT COURT,

CHIEF JUDGE THE HONORABLE SUE L. ROBINSON AND U.S.D.C. CLERK,
MR. PETER T. DALLEO TO REVIEW ALL RECORDS AND TRANSCRIPTS
AND IN THE ABOVE CAPTION CASE IN-ADDITION CRIMINAL CASE 0207014771
OF THE SUPERIOR COURT OF SUSSEX COUNTY, THE HONORABLE JUDGE MR. RICHARD
STOKES P.O.BOX 756 GEORGETOWN, DELAWARE 19947;( CIVIL ACTION 04-941-SLR)

### SUBJECT MATTER

PLEASE BE ADVISED, THE PLAINTIFF IN THIS CIVIL ACTION CASE,
PETITION THE CHIEF HONORABLE JUDGE SUE L. ROBINSON AND U.S.D.C. CLERK
MR. PETER T. DALLEO: TO REVIEW ALL RECORDS AND THAT THE,
CRIMINAL -JUSTIC SYSTEM THREW THE ARTIFICE OF BAD FAITH OF THE
DEFENDANTS PARTICULAR THE DELAWARE STATE POLICE COMMANDER AND ASSOCIATE
AND MEDICAL STAFF OF THE DEPARTMENT OF CORRECTION THE STATE OF,
DELAWARE AND THE UNJUSTICE CRIMINOLOGY PENNAL SANCTIONS,
THE PLAINTIFF SEEK DIRECT RELIEF FROM FALSE IMPRISONMENT,
AND SEEK RELIEF CLAIMS OF 500,000. FIVE HUNDRED THOUSAND DOLLARS
THE PURPOSE OF THIS PETITION IS TO SEEKRELIEF SEEK RELIEF
AND EXONERATION OF SENTENCE.

   I APPRECIATE YOUR URGENT RESPONDS IN THE PETITIONER
CLAIMS.

   SINCERLEY, /s/ Jeffrey Simms
PETITIONER, MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977