IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

```
MR.JEFFREY ALONZO SIMMS #198625           CIVIL ACTION 04-1205-SLR
DELAWARE CORRECTIONAL CENTER              DATED 6-15-2006
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977
   (PLAINTIFF)

        VS.

   (DEFENDANTS)

DELAWARE STATE POLICE:
COMMANDER,AND CHIEF COL. AARON CHAFFINCH AND,
LT. COL. THOMAS F. MACLEISH AND FORMER ASSOCIATE
CHIEF MAJOR R.L. HUGES
   DEPARTMENT OF CORRECTION FOR THE STATE OF DELAWARE
   M.D. DOCTOR BURNS-DONNA ROBHTER, AND ASSOCIATE
   ORTHOPEDIC SURGERY M.D. MR. HARRY FREEMAN 808 MIDDLE
   ROAD SEAFORD DELAWARE 19973.
```

**ATTORNEY GENERAL OF THE STATE OF DELAWARE MR.CARL DANBURGER, DEPARTMENT OF JUSTICE 820 N. FRENCH STREET WILMINGTON,DELAWARE 19801.**

FILED JUN 26 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD Scanned

PETITION FOR BILL OF PARTICULAR OF LEGAL DOCUMENT IN CIVIL ACTION CASE

18 USCA § 1658 (B).            EXHIBIT , 1,2, A,B,

NOW COMES THE PLAINTIFF, IN THE SUBJECT MATTER CASE, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON, DELAWARE BEFORE THE CHIEF HONORABLE JUDGE SUE L. ROBINSON, AND CLERK OF U.S.D.C. MR. PETER T. DALLEO

1.A)      PLEASE BE ADVISED, THE PLAINTIFF MR.JEFFREY ALONZO SIMMS,COMES BEFORE THE COURT,WITH THE BILL OF PARTICULAR SO THAT THE RECORDS WILL CO-EXIST AND REFLECT ITS SELF IN THE CIVIL ACTION CASE(04-1205-SLR) WITH-IN THE CRIMINAL JUSTIC SYSTEM THE PLAINTIFF BEING HELD THREW THE ARTIFICE,OBSTRUCTING JUSTICE BY MEANS OF BAD-FAITH, ALSO IN THE ABOVE CAPTION CASE,MEDICAL-EMERGENCY EXCEPTION THE DELAWARE STATE POLICE WITH-HELD TREATMENT AND FALSIFYING A RECORD 18 USCA §§ 1506, 2071, 2073; m.
    THE DEFENDANT ATTRIBUTTED,IN THE ABOVE CAPTION CASE IN THE DENIAL OF MEDICAL-EMERGENCY TREATMENT AND CO-EXIST TOGETHER,THE TITLE IN THE CRIMINAL CASE(0207014771) AND RECORDS,ANTRANSCRIPTS AN TRANSCRIPTS DATEDJULY-18-2002 THE PLAINTIFF DIRG DIRECT THE COURT TO RECIEVE THE OFFICIAL RECORDS.
    PETITIONER,__ MR.JEFFREY ALONZO SIMMS #198625
              DELAWARE CORRECTIONAL CENTER
              1181 PADDOCK ROAD
              SMYRNA,DELAWARE 19977
                                                Sincerely

2.B) ADDITIONAL ADDRESS AND PAGE (2) OF PETITION ATTACH HERETO, OF EXHIBIT 2-B,

CIVIL ACTION 04-1205-SLR
DATED JUNE 15-2006

CERTICATE OF SERVICE

I, JEFFREY ALONZO SIMMS# 198625, HAVE SENTN TRUE COPYS THREW THE UNITED STATES POSTAL SERVICE FIRST CLASS TO ALL PARTIES IN THE CIVIL ACTION CASE TO BE CORRECT ON THIS DAY JUNE 15-2006 AND ADDRESS HERETO ;

MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTICE
820 n.
FRENCH STREET 6TH FLOOR
WILMINGTON, DELAWARE 19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WILMINGTON DELAWARE
CHIEF HONORABL JUDGE SUE L. ROBINSON
U.S.D.C. CLERK MR. PETER T. DALLEO
LOCK BOX 844 KING STREET
WILMINGTON DELAWARE, 19801-3570.
6800 (302) 573-6170

ATTORNEY GENERAL FOR THE STATE OF DELAWARE
MR. CARL DAN BURGE
DEPARTMENT OF JUSTICE
820 n.
FRENCH STREET
WILMINGTON, DELAWARE 19801

SUPERIOR COURT OF SUSSEX COUNTY

HONORABLE JUDGE RICHARD STOKES P.O. BOX756
GEORGETOWN, DELAWARE 19947.

SURGERY- ORTHOPIC:
HARRY M. FREEMAN
808 MIDDLEFORD ROAD
SEAFORD DELAWARE 19973

M.D. (DOCTOR MS. DONNA REBERTHER BURNS)
DEPARTMENT OF CORRECTION
FOR THE STATE OF DELAWARE CHIEF OF
MEDICAL STAFF
P.O. BOX 500
GEORGETOWN, DELAWARE 19947.

Sincerely,

PETITIONER MR. JEFFERY ALONZO SIMMS 198625 S.B.I.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

I/M JEFFREY SIMMS
SBI# 198625    UNIT D-A-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
23 JUN 2006 PM 1 L

U.S.D.C. Clerk Mr. PETER T. DALLEO
United States District Court
For the District of Wilmington Delaware
Chief Honorable Judge Sue L. Robinson
Lock Box 18 & 44 King Street
Wilmington, Delaware
19801-3570.