IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF WILMINGTON DELAWARE

---

MR.JEFFREY ALONZO SIMMS#198625

    V.  PLAINTIFF

DEFENDANT

MR.HARRY M. FREEMAN
SURGERY_ORTHOPEDIC,808 MIDDLEFORD ROAD SEAFORD DELAWQARE 19973

MS.REBERTHER DONNA BURNS,
DEPARTMENT OF CORRECTION THE STATE OF DELAWARE P.O. BOX 500
GEORGETOWN,DELAWARE 19947

DELAWARE STATE POLICE:
MAJOR R.L. HUGHES,LT.COL.THOMAS F. MACLEISH ,COL.L. AARON CHAFFINCH
1441 N.DUPONT HWY.DOVER,DEL.19901

CIVIL ACTION,FILE NUMBER04-1205-SLR

JULY 25-2006


FILED
JUL 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

SPEAKING-MOTION
8905FD

---

    THE PLAINTIFF MR.JEFFREY ALONZO SIMMS ,COMES BEFORE THE HONORABLE COURT,AND THE HONORABLE CHIEF JUDGE SUE L.ROBINSON, PRESIDING,AND HONORABLE SERVANT MR.PETER T. DALLEO CLERK OF THE, UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE LOCK BOX 18 844 KING STREET WILMINGTON DELAWARE 19801-3570

    THE PURPOSE OF THE SPEAKING MOTION,PLEASE BE ADVISED: THE PLAINTIFF ARE INCARCERATEED AT THE DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA,DELAWARE 19977;(DUE TO THE ADVERSE SUBSTANTIVE CONSEQUENCES WHILE CONFINE AND ISSUES IN THE CIVIL CASE IT WILL BE IN THE BEST INTEREST AND PERSONAL-WELL BEING OF THE PLAINTIFF; TO COMMUNICATE BEFORE THE THE HONORABLE CHIEF JUDGE SUE L. ROBINSON.

MOVANT MR.JEFFREY ALONZO SIMMS#198625    1 OF 2

IN THE UNITED STATES DISTRICT COURT FOR DISTRICT  O F WILMINGTON DELAWARE

CIVIL FILE NUMBER 04-1205 slr

CERTIFICATE          OF          SERVICE

I, JEFFREY ALONZO SIMMS, _____ AND HEREBY SENT TRUE AND CORRECT COPIES ON THE JULY 25-2006 THREW THE UNITED STATES POSTAL SERVICE TO ALL THE DEFENDANTS  IN THE ABOVE CAPTION CIVIL CASE 04-1205 SLR:

(SPEAKING MOTION )

MR. HARRY FREEMAN M.
ORTHOPEDIC M.D.
 808 MIDDLEFORD ROAD
 SEAFORD DELAWARE 19973

UNITED STATES   DISTRICT COURT
FOR THE DISTRICT OF WILM, DELAWARE
HONORABLE CHIEF JUDGE SUE L. ROBINSON
   lock box 18   844  KING STREET
   WILMINGTON, DELAWARE 19801-3570

MS. REBERTHER DONNA BURNS M.D.
 DEPARTMENT OF CORRECTION
OF THE STATE OF DELAWARE
 P.O. BOX 500
GEORGETOWN, DELAWARE 19947

STATE POLICE OF DELAWARE
  1441 N. DUPONT HWY DOVER, DELAWARE
19901

THE ATTORNE GENERAL FOR THE STATE OF DELAWARE
MR. CARL DAN BERGE     FRENCH STREET WILMINGTON
DELAWARE 820 n. 19801

MR. JEFFREY ALONZO SIMMS
1181 PADDOCK ROAD
D.C.C
SMYRNA DELAWARE 19977

I/M Jeffrey Simms
SBI# 198625   UNIT JD-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 JUL 2006 PM 1 T

Honorable Chief Judge Sue L. Robinson
United States District Court of Wilmington
Lock Box 18
844 King Street
Wilmington, Delaware
19801-3570

U.S.M.S.
X-RAY