IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON
DELAWARE

CIVIL ACTION CASE 04-1205-SLR

AUGUST 8-2006

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977.

    PLAINTIFF
    V.
    DEFENDANT

HARRY FREEMAN, MS. REBERTHA DONNA
BURNS, M.D.  DELAWARE STATE POLICE
MAJUOR R.L. HUGES, LT.COL.L.AARON
CHAFFINCH  1441  N. DUPONT HWY
  DOVER, DEL. 19901

ATTORNEY GENERAL OF THE STATE OF
DELAWARE: MR. CARL DAN BERGE

RIGTH TO COUNSEL
PETITION

------------------------------------

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE BEFORE THE CHIEF HONORABLE JUDGE SUE L. ROBINSON

ON AUGUST 8-2006: THE PLAINTIFF COMES BEFORE THE HONORABLE COURT, AND TO THE SERVANT OF THE COURT MR. PETER T. DALLEO, OF THE UNITED STATES DISTRICT COURT FOR THE STATE OF WILMINGTON DELAWARE LOCK BOX 18, 844 KING STREET WILMINGTON DELAWARE 19801-3570;

PLEASE BE ADVISED, THE PLAINTIFF THE PURPOSE OF THE PETITION, IN THE ABOVE CIVIL ACTION CASE: 04-1205-SLR IS TO MOVE FORWARD SO THAT THE RECORDS CAN REFLECT ITS SELF BEFORE THE HONORABLE CHIEF JUDGE SUE L. ROBINSON.

                MR. JEFFREY ALONZO SIMMS #198625
                DELAWARE CORRECTIONAL CENTER
                1181  PADDOCK ROAD
                SMYRNA, DELAWARE  19977