IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY ALONZO SIMMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-941-SLR |
| ) | |
| MAJOR R. L. HUGHES, ) | |
| LT. COL. THOMAS F. ) | |
| MACLEISH, and COL. AARON ) | |
| CHAFFINCH, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 15th day of February, 2007, having considered plaintiff's pending motions;

IT IS ORDERED that:

1. Plaintiff's "motion of review particular penal sanctions and artifice" is **denied**. (D.I. 81) The motion seeks "release from extradition" which is akin to seeking habeas corpus relief, and also contains a general allegation, without support, that plaintiff has been denied medical treatment while in state prison.

2. Plaintiff's speaking motion is **denied**. (D.I. 84) Plaintiff seeks a hearing to communicate before the court. Said hearing is unnecessary inasmuch as plaintiff may communicate with the court via filed motions.

3. Plaintiff's motion for "right to counsel petition" is **denied**. (D.I. 85) Plaintiff previously sought, and was denied,

appointed counsel. (D.I. 65) The pending motion presents nothing new to warrant appointment of counsel.

_____
United States District Judge