IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-941-SLR |
| | ) |
| MAJOR R.L. HUGHES, LT. COL. | ) |
| THOMAS F. MACLEISH, and COL. | ) |
| L. AARON CHAFFINCH, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this _20th_ day of September, 2007, there having been no activity in the above-captioned case since February 16, 2007;

IT IS ORDERED that, on or before **October 4, 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                       _/s/ Sue L. Robinson_
                                                       United States District Judge